**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Bruce James, Public Printer
    U.S. Government Printing Ofc
    Capitol and "G" St., NW
    Washington, DC  20401

COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X Carol L. Hedge   ☒ Agent   ☐ Addressee

B. Received by (Printed Name)   B. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7002 2410 0002 2412 3015

PS Form 3811, July 1999     Domestic Return Receipt     102595-99-M-1789

---

**Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    United States Attorney
    555 4th St., NW
    Washington, DC  20001

COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X                                    ☐ Agent
                                        ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   S. Robinson                   10/17/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0003 9797 5754

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1035