## United States District Court for the District of Columbia

| | |
|---|---|
| Jack R. Hairsine, an individual, )<br>　　　　　　　　　　　　　　　　)<br>　　　Plaintiff, 　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>Bruce James, Public Printer of 　　)<br>　　the United States 　　　　　　　)<br>　　　　　　　　　　　　　　　　) | Civil Action No. 05 1884 RMC |

### Declaration re Service of Summons and Complaint

I, THEODORE S. ALLISON, declare:

1. I am an attorney at law, duly licensed and admitted to practice before the Court of Appeals of the District of Columbia and this Court. I am counsel for plaintiff Jack Hairsine in this matter. All of the matters stated in this declaration are true and within my personal knowledge.

2. On October 11, 2005, I served the summons and complaint, and related documents, on the United States Attorney by certified mail, return receipt requested. Attached hereto is a true copy of the return receipt which I received by mail.

I declare under penalty of perjury, pursuant to 28 U.S.C. §1746,[†] that the foregoing is true and correct, and that this declaration was executed on November 23, 2005, at Spokane, Washington (U.S.A.).

　　　　　　　　　　　　　　　　　　　　　　　　/ s /
　　　　　　　　　　　　　　　　　　　　　　　　Theodore S. Allison

† 28 U.S.C. §1746  "Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:
(1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date).  (Signature)
(2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)"  [Added Oct. 18, 1976, Pub.L. 94-550, § 1(a), 90 Stat. 2534.]