**United States District Court for the District of Columbia**

| | |
|---|---|
| Jack R. Hairsine, an individual, )<br>                            )<br>    Plaintiff,             )<br>                            )<br>      v.                  )<br>                            )<br>Bruce James, Public Printer of )<br>  the United States         )<br>                            ) | Civil Action No. 05 1884 RMC |

**Motion of Plaintiff that Service Upon the United States Be Deemed Effective, or in the Alternative, for Enlargement of Time for Service**

Plaintiff, Jack Hairsine, by counsel, respectfully moves for a 60 day enlargement of time to complete service of the summons and complaint, and in support thereof states as follows:

Counsel for plaintiff served the summons and complaint in this action on the defendant by certified mailing to Bruce James, the United States Attorney, and the Attorney General of the United States, as required by Fed.R.Civ.P. 4. The certified mail receipts are attached to this motion. To date, plaintiff has received return receipt cards only from Bruce James and the United States Attorney (filed concurrently with declarations of service). Service should be deemed complete, in that it should be expected that the service copies to the Attorney General, having been mailed in the ordinary course, were duly received, and in any event, that the United States has notice of the suit because of the receipt by the agency and the office that will be the agency's legal representative, the United States Attorney's Office. Plaintiff respectfully moves for entry of the attached order to that effect.

If in the Court's view service should be perfected by re-serving the Attorney General, plaintiff respectfully requests an additional 60 days in which to complete service. Plaintiff will file proof of service promptly upon receipt of the certified mail return receipt card.

Respectfully submitted,

/ s /
Theodore S. Allison (D.C.Bar # 441089)
Karr & Allison, P.C.
1920 N St., N.W., Suite 300
Washington, DC  20036
(202) 331-7600
(202) 293-3999 (facsimile)

Counsel for Plaintiff

## United States District Court for the District of Columbia

| | |
|---|---|
| Jack R. Hairsine, an individual,  )  | |
| ) | Civil Action No. 05 1884 RMC |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | |
| Bruce James, Public Printer of  ) | |
| the United States  ) | |
| ) | |

### Order

THE COURT having considered the motion of plaintiff, Jack Hairsine, that service upon the United States be deemed effective, and good cause appearing for the relief requested,

IT IS ORDERED that service of the summons and complaint in this action upon the United States, and specifically upon the named defendant Bruce James, Public Printer of the United States, is deemed effective as of the date of service, by certified mail, upon Bruce James and the United States Attorney.

IT IS SO ORDERED.

Dated: _____          _____
                                UNITED STATES DISTRICT JUDGE