

**Receipt 1:** 7005 2410 0002 2412 3015
- WASHINGTON DC 20401
- Postage: $1.06
- Certified Fee: $2.30
- Return Receipt Fee: $1.75
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $5.11
- Date: 10/11/2005
- Sent To: Bruce James Public Printer
- Street: N. Capitol & "G" St. NW
- City, State, ZIP+4: Washington DC 20401

**Receipt 2:** 7005 1160 0003 9797 5754
- WASHINGTON DC 20001
- Postage: $1.06
- Certified Fee: $2.30
- Return Receipt Fee: $1.75
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $5.11
- Date: 10/11/2005
- Sent To: United States Atty
- Street: 555 4th St
- City, State, ZIP+4: Wash DC 20001

**Receipt 3:** 7005 1160 0003 9797 5730
- WASHINGTON DC 20530
- Postage: $1.06
- Certified Fee: $2.30
- Return Receipt Fee: $1.75
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $5.11
- Date: 10/11/2005
- Sent To: Attorney General
- Street: 950 Penn Ave NW
- City, State, ZIP+4: Wash DC 20530