United States District Court for the District of Columbia

| | |
|---|---|
| Jack R. Hairsine, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>Bruce James, Public Printer of<br>   the United States | )<br>)  Civil Action No. 05 cv 01884 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Declaration re Service of Summons and Complaint
on Attorney General of the United States**

    I, THEODORE S. ALLISON, declare:

    1.  I am an attorney at law, duly licensed and admitted to practice before the Court of Appeals of the District of Columbia and this Court.  I am counsel for plaintiff Jack Hairsine in this matter.  All of the matters stated in this declaration are true and within my personal knowledge.

    2.  On October 11, 2005, I served copies of the summons, complaint, and related documents on the Attorney General of the United States by certified mail, return receipt requested. The return receipt card was never returned to my office, and I have no knowledge of its wherabouts.  On November 23, 2005, I filed a motion requesting an enlargement of time to perfect service on the Attorney General, or to deem service on the United States sufficient on the basis of my affidavits of service, and the two return receipt cards which I filed (as to the federal defendant and the United States Attorney's Office, respectively).

    3.  On December 5, 2005, I again served copies of the summons, complaint, and related documents on the Attorney General of the United States by certified mail, return

receipt requested.  The return receipt card was received in this office today, December 12, 2005, and a true copy is attached hereto.

Pursuant to 28 U.S.C. §1746,  I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 12, 2005,  at Washington, District of Columia.

_____
Theodore S. Allison

---

28 U.S.C. §1746 "Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:
(1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date). (Signature)
(2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)"
[Added Oct. 18, 1976, Pub.L. 94-550, § 1(a), 90 Stat. 2534.]

Supp Affidavit Service Hairsine.wpd