| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>DEC 0 9 2005 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>US Attorney General<br>D.O.J.<br>950 Pennsylvania Ave, N.W.<br>Washington DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number (Transfer from service label) | 7005 1820 0006 9049 5749 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035