UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
JACK R. HAIRSINE,              )
1141 McHenry Drive             )
Glen Burnie, Maryland 21061    )
                               )
        Plaintiff,             )
                               )
        v.                     )  Civil Action No. 05-1884 (RMC)
                               )
BRUCE R. JAMES, PUBLIC PRINTER )
OF THE UNITED STATES           )
GOVERNMENT PRINTING OFFICE     )
North Capitol & H Streets N.W. )
Washington, DC                 )
                               )
        Defendant.             )
                               )
```

<u>PRAECIPE</u>

The Clerk of the Court will please enter the appearance of Marina Utgoff Braswell, Assistant U.S. Attorney, as counsel of record for the defendant in this case.

Respectfully submitted,

MARINA UTGOFF BRASWELL, D.C. BAR# 416587
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., 10th Floor
Washington, D.C.  20530
(202) 514-7226