```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


JACK R. HAIRSINE,              )
1141 McHenry Drive             )
Glen Burnie, Maryland 21061    )
                               )
        Plaintiff,             )
                               )
        v.                     )   Civil Action No. 05-1884 (RMC)
                               )
BRUCE R. JAMES, PUBLIC PRINTER )
OF THE UNITED STATES           )
GOVERNMENT PRINTING OFFICE     )
North Capitol & H Streets N.W. )
Washington, DC                 )
                               )
        Defendant.             )
                               )
```

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests an extension of time, to and including January 17, 2006, in which to file defendant's response to plaintiff'S Complaint.  Defendant has been compiling the information needed to prepare the response and this has taken longer than anticipated.  However, defendant has now completed that process and seeks until January 17th in order to prepare the responsive document and submit it for the appropriate review prior to filing.

Plaintiff has graciously consented to this motion.

Accordingly, for the foregoing reasons, defendant respectfully requests that this unopposed motion for an

enlargement of time be granted.

                        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

```
               UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA


JACK R. HAIRSINE,              )
1141 McHenry Drive             )
Glen Burnie, Maryland 21061    )
                               )
      Plaintiff,               )
                               )
      v.                       )  Civil Action No. 05-1884 (RMC)
                               )
BRUCE R. JAMES, PUBLIC PRINTER )
OF THE UNITED STATES           )
GOVERNMENT PRINTING OFFICE     )
North Capitol & H Streets N.W. )
Washington, DC                 )
                               )
      Defendant.               )
                               )
```

ORDER

Upon consideration of Defendant's Unopposed Motion for an Enlargement of Time, and of the entire record, and it appearing to the Court that the granting of defendant's unopposed motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this_____day of _____, 2006

ORDERED that Defendant's Unopposed Motion For an Enlargement of Time be, and it is, granted, and it is further

ORDERED that the time in which defendant must respond to the Complaint in this case be, and it is, enlarged up to and including January 17, 2006.

_____
UNITED STATES DISTRICT JUDGE

```
Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

Theodore S. Allison
Karr & Allison, P.C.
1920 N Street, N.W., Suite 300
Washington, D.C. 20036
```