### United States District Court for the District of Columbia

| | |
|---|---|
| Jack R. Hairsine, an individual, ) | |
| ) | Civil Action No. 05-1884 (RMC) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Bruce James, Public Printer of ) | |
| the United States ) | |
| ) | |
| Defendant. ) | |

### LOCAL RULE 16.3 REPORT

The parties, having conferred by telephone, jointly provide this report to the Court in accordance with Local Rule 16.3(d).

<u>Brief Statement of the Case</u>

Plaintiff is a civilian federal employee, is employed by the Government Printing Office (GPO) in Washington, D.C., and is a Caucasian male. Plaintiff filed this lawsuit pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e 2(a) ("Title VII"), alleging that he had been discriminated against on the basis of his race, in that he was not selected for one of several positions for which he had applied within GPO, his employing agency, for which he alleges he was the most qualified candidate. Plaintiff seeks promotion to one of the positions for which he was not selected, back pay, and other available relief under Title VII.

<u>Matters to be addressed under Rule 16.3(c)</u>

1. Dispositive motion: Defendant believes this case may be disposed of by dispositive motion after discovery; plaintiff does not, and anticipates opposing any dispositive motion.

2. Joinder, amendments, narrowing of issues: No other parties are anticipated. No amendments to the pleadings are anticipated. It is premature to know if the issues can be narrowed.

3. Magistrate judge: The parties do not agree to assignment to a magistrate judge for all purposes.

4. Possibility of Settlement: It is too early to determine if there is a reasonable possibility of settling the case.

5. Alternative Dispute Resolution: Counsel for defendant believes it is too early to determine whether ADR would be appropriate; plaintiff believes ADR would be useful at any stage of the proceeding.

6. Motions: Defendant believes this case will be suitable for a dispositive motion at the close of discovery. Motions should be filed within thirty days of the close of discovery. Oppositions should be filed thirty days thereafter and replies filed within fifteen days of the oppositions.

7. Initial Disclosures: Counsel for defendant requires initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1). Counsel for both parties have therefore agreed that initial disclosures will be made within 15 days after the initial scheduling conference.

8. Discovery: The parties agree that discovery should begin at the time of the initial scheduling conference and conclude six (6) months thereafter. No unusual discovery issues are anticipated. The parties do not propose additional limitations beyond those provided by the Federal Rules of Civil Procedure and the local rules of this Court.

9. Experts: Defendant does not currently anticipate the need for an expert witness. Plaintiff will evaluate the need for an expert following preliminary written discovery and believes that experts should be identified 60 days prior to the close of discovery.

10. Class Actions: N/A.

11-13. Trial: The parties do not request a bifurcated trial. They propose that a pretrial date be set after the close of all discovery and resolution of any final dispositive motion, and that

a trial date be scheduled at the Court's convenience approximately 60 days after the pretrial conference date.

    14.  There are no additional matters which the parties would like to bring to the Court's attention at this time.

Respectfully submitted,

_____       _____
THEODORE S. ALLISON, Esq.      KENNETH L. WAINSTEIN., D.C. Bar No. 451058
D.C. Bar # 441089      United States Attorney
KARR & ALLISON, P.C.
1920 N Street, N.W. Suite 300
Washington, DC  20036      _____
(202) 331-7600      R. CRAIG LAWRENCE, D.C. Bar No. 171538
     Assistant United States Attorney

Counsel for Plaintiff

     _____
     MARINA UTGOFF BRASWELL
     D.C. Bar No. 416587
     Assistant United States Attorney
     555 4th Street, N.W. - Civil Division
     Washington, DC  20530
     (202) 514-7226

     Counsel for Defendant

**United States District Court for the District of Columbia**

| | |
|---|---|
| Jack R. Hairsine, an individual, | ) |
| | ) Civil Action No. 05-1884 (RMC) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Bruce James, Public Printer of the United States | ) |
| | ) |
| Defendant. | ) |

**Scheduling Order**

Following a scheduling conference held in chambers on March 31, 2006, it is

ORDERED that the parties' Local Rule 16.3 report is approved, and the dates therein so ordered.

IT IS SO ORDERED.


Dated _____          _____
                                                                                          UNITED STATES DISTRICT JUDGE