UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


JACK R. HAIRSINE,                )
                                 )
      Plaintiff,                 )
                                 )
      v.                         )  Civil Action No. 05-1884 (RMC)
                                 )
BRUCE R. JAMES, PUBLIC PRINTER   )
OF THE UNITED STATES             )
GOVERNMENT PRINTING OFFICE,      )
                                 )
      Defendant.                 )
                                 )

              JOINT MOTION FOR ENLARGEMENT OF TIME

     Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the parties respectfully jointly move for an extension of the time in which either party may file a dispositive motion, to and including thirty days after the close of discovery. Currently the date for such motions is thirty days before the close of discovery, which is set to occur September 29, 2006. The parties are still engaged in exchanging responses to paper discovery and intend to schedule several depositions following completion of this exchange.  Although the parties believe that they will need to seek an extension of the discovery period itself, that issue cannot be fully assessed until all written discovery responses and documents have been provided. Consequently, for now the parties seek to ensure that dispositive motions, if any, will be due thirty days after the close of discovery.

Accordingly, for the foregoing reasons, the parties respectfully request that this joint motion for an enlargement of time be granted.

Executed this 30th day of August, 2006.

Respectfully submitted,

_____
THEODORE S. ALLISON
D.C. BAR #441089

Karr & Allison, P.C.
1920 N Street, N.W.
Suite 300
Washington, D.C. 20036
(202) 331-7600

_____
KENNETH L. WAINSTEIN
D.C. BAR # 451058

_____
RUDOLPH CONTRERAS
D.C. BAR #434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL
D.C. BAR #416587
Assistant U.S. Attorney

U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7226

Counsel for Plaintiff          Counsel for Defendant


SO ORDERED:

_____        _____
DATE                               UNITED STATES DISTRICT JUDGE