**United States District Court for the District of Columbia**

| | |
|---|---|
| Jack R. Hairsine, an individual,  )  | |
| )  Civil Action No. 05-1884 (RMC) | |
| Plaintiff,  ) | |
| )  | |
| v.  ) | |
| )  | |
| Bruce James, Public Printer of   ) | |
| the United States  ) | |
| )  | |
| Defendant.  ) | |

**JOINT MOTION TO EXTEND CERTAIN DEADLINES AND
CONTINUE STATUS CONFERENCE SET FOR OCTOBER 2, 2006**

Plaintiff Jack R. Hairsine and Defendant Bruce James, Public Printer of the United States, hereby move to extend the deadline for completion of discovery, and the dispositive motions deadline, and in support thereof state as follows:

The parties, on August 30, 2006, jointly moved to extend the dispositive motion deadline, and at that time informed the Court that they were "still engaged in exchanging responses to paper discovery and intend[ed] to schedule several depositions following completion of this exchange," and that they believed that an extension of the discovery period itself would be necessary, but that the issue could not "be fully assessed until all written discovery responses and documents have been provided." Written discovery has been substantially completed since that time, but the issue whether plaintiff has placed his medical and/or psychological condition in issue for purposes of discovery remains unresolved. The parties are attempting to resolve this issue, but its existence has forestalled the scheduling of the deposition of plaintiff.

In addition, defendants and their counsel have encountered scheduling difficulties in providing acceptable dates for the depositions of defense witnesses, on which the parties have been attempting to cooperate. Scheduling has been complicated by the fact that defense counsel

was preparing for a trial in September (which has since been continued), and recently learned that she must have a surgical procedure on October 4th and will be out of the office through at least October 9, 2006.

Accordingly, for the foregoing reasons, the parties respectfully request that this joint motion for an enlargement of time be granted, that the post-discovery status conference set for October 2, 2006, be continued, and that the Court adopt the following deadlines:

| | |
|---|---|
| Close of Discovery | November 9, 2006 |
| Dispositive Motions Filed | December 9, 2006 |
| Oppositions to Dispositive Motions (if any) Filed | January 9, 2007 |
| Replies in Support of Dispositive Motions (if any) Filed | January 23, 2007 |

Executed this 30th day of September, 2006.

Respectfully submitted,

_____   _____
THEODORE ALLISON, Esq.          KENNETH L. WAINSTEIN., D.C. Bar No. 451058
D.C. Bar # 441089               United States Attorney
KARR & ALLISON, P.C.
1920 N Street, N.W. Suite 300
Washington, DC  20036           _____
(202) 331-7600                  RUDOLPH CONTRERAS, D.C. Bar No. 434122
                                Assistant United States Attorney
Counsel for Plaintiff


                                _____
                                MARINA UTGOFF BRASWELL
                                D.C. Bar No. 416587
                                Assistant United States Attorney
                                555 4th Street, N.W.—Civil Division
                                Washington, D.C.  20530
                                (202) 514-7226

                                Counsel for Defendant

United States District Court for the District of Columbia

| | |
|---|---|
| Jack R. Hairsine, an individual, | ) |
| | ) Civil Action No. 05-1884 (RMC) |
| Plaintiff, | ) |
| v. | ) |
| Bruce James, Public Printer of the United States | ) |
| Defendant. | ) |

**ORDER**

THE COURT having considered the joint motion of the parties to extend the deadline for completion of discovery, continue the status conference set for October 2, 2006, and alter the deadlines for the filing of dispositive motions, and for good cause having been shown,

IT IS ORDERED that the motion is granted, and that the following deadlines are adopted:

| | |
|---|---|
| Close of Discovery | November 9, 2006 |
| Dispositive Motions Filed | December 9, 2006 |
| Oppositions to Dispositive Motions (if any) Filed | January 9, 2007 |
| Replies in Support of Dispositive Motions (if any) Filed | January 23, 2007 |

IT IS FURTHER ORDERED that the status conference set for October 2, 2006, be continued to a future date to be set by the Court.

IT IS SO ORDERED:


DATE                                    UNITED STATES DISTRICT JUDGE