UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACK R. HAIRSINE,            )
                             )
     Plaintiff,              )
                             )
     v.                      )   Civil Action No. 05-1884 (RMC)
                             )
BRUCE R. JAMES, PUBLIC PRINTER)
OF THE UNITED STATES         )
GOVERNMENT PRINTING OFFICE   )
                             )
     Defendant.              )
                             )

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests an extension of time, to and including January 4, 2007, in which to file defendant's dispositive motion (with a corresponding extension of the other briefing dates associated with this motion).  The day after this schedule was set by the Court, at defense counsel's request, an Order was entered by a Magistrate Judge in another case being handled by defense counsel that is a putative class action and pertained to a discovery motion, the grant of which resulted in extensive additional work for defense counsel unanticipated by her at the time of the December 13th hearing.  This work has prevented defense counsel from being able to complete defendant's dispositive motion in the instant case.  Tomorrow defense counsel's children arrive home from far away and she will be on leave with them and other family until January 2, 2006.

Accordingly, the additional time sought is to enable defense counsel to complete defendant's motion upon her return to the office on January 2, 2007.

Plaintiff has graciously consented to this motion.

Accordingly, for the foregoing reasons, defendant respectfully requests that this unopposed motion for an enlargement of time be granted, and the following revised briefing schedule be adopted:

(1) dispositive motions due by January 4, 2007;

(2) oppositions to dispositive motions due by February 2, 2007; and

(3) replies to oppositions to dispositive motions due by February 23, 2007.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
JACK R. HAIRSINE,                      )
                                       )
         Plaintiff,                    )
                                       )
         v.                            )  Civil Action No. 05-1884 (RMC)
                                       )
BRUCE R. JAMES, PUBLIC PRINTER         )
OF THE UNITED STATES                   )
GOVERNMENT PRINTING OFFICE             )
                                       )
         Defendant.                    )
                                       )
```

ORDER

Upon consideration of Defendant's Unopposed Motion for an Enlargement of Time, and of the entire record, and it appearing to the Court that the granting of defendant's unopposed motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this _____ day of _____, 2006

ORDERED that Defendant's Unopposed Motion For an Enlargement of Time be, and it is, granted, and it is further

ORDERED that the briefing in this case shall be revised as follows:

(1) dispositive motions due by January 4, 2007;

(2) oppositions to dispositive motions due by February 2, 2007; and

(3) replies to oppositions to dispositive motions due by

February 23, 2007.

                                        _____
                                        UNITED STATES DISTRICT JUDGE



Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

Theodore S. Allison
Karr & Allison, P.C.
1920 N Street, N.W., Suite 300
Washington, D.C. 20036