**PLAINTIFF'S MEMORANDUM OPPOSING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Index of Plaintiff's Exhibits

P. Ex. 1          Affidavit of Dannie Young

P. Ex. 2          Supplemental Affidavit of Dannie Young

P. Ex. 3          Affidavit of Frederck G. Hall

P. Ex. 4          Supplemental Affidavit of Frederck G. Hall

P. Ex. 5          Affidavit of Fletcher Ruffin

P. Ex. 6          Fletcher Ruffin application for position 04-161

P. Ex. 7          Sarah Pitt application for position 04-161

P. Ex. 8          Jack Hairsine application for position 04-161

P. Ex. 9          Jack Hairsine application for position 04-162

P. Ex. 10         Sarah Pitt application for position 04-162

P. Ex. 11         Jack Hairsine application for position 04-163

P. Ex. 12         Charles Brown application for position 04-163

P. Ex. 13         Affidavit of Dexter Hood

P. Ex. 14         Dannie Young deposition excerpts

P. Ex. 15         Fletcher Ruffin deposition excerpts

P. Ex. 16         Frederick G. Hall deposition excerpts

P. Ex. 17         GPO report to EEOC

P. Ex. 18         Affidavit of Jack Hairsine (EEO administrative case)

P. Ex. 19         Affidavit of Jack Hairsine