# WITNESS' AFFIDAVIT

I, ~~DANNY YOUNG~~, DANNIE YOUNG

am an __X__ employee of ___ applicant to ___ former employee of the U.S. Government Printing Office:

(Agency)

(Office)  Production Department

(Division)  Electronic Photocomposition Division

(Branch)  Digital Prepress Section

Located in (CITY AND STATE) Washington, DC

In the capacity of (show both your organization title and the classification of your job, if different):  Superintendent of Electronic Printing Division

Grade ___ between  1989  and  Present.
Telephone number during working hours is:  202-512-0625.

I HAVE BEEN ADVISED OF THE FOLLOWING:

    I am required by Federal regulations and Government Printing Office policy to cooperate fully and promptly with the investigator who has been assigned to conduct a thorough and impartial investigation into a complaint of discrimination against the Government Printing Office.  I must provide a statement for the investigative report which is true and complete to the best of my knowledge and which discloses all of my firsthand knowledge having a bearing on the merits of the complaint.  My statement is provided under oath (or affirmation), without a pledge of confidentiality, in accordance with Equal Employment Opportunity Commission rules and regulations and Government Printing Office policy.  This means that any employee(s) whom I accuse of discrimination or other acts of impropriety may be shown relevant portions of my affidavit and be provided an opportunity to respond for the record.  In addition, the complainant and the appropriate Departmental officials involved in the EEO complaint process will receive the entire investigative file.  I have the right to review my statement prior to signing it and may make initialized corrections if it is incomplete or inaccurate. I have the right to receive a copy of the signed statement.

*D.E.J.*
(Initials)

Having been advised of the above information about my role as a witness in the investigative process, I solemnly swear the statement which follows is true and complete to the best of my knowledge and belief, and addresses the issues and concerns raised with me by the investigator.

I am an African American male and I am currently employed at the U.S. Government Printing Office (GPO) in the Electronic Photocomposition Division (EPD) as the Superintendent of EPD in Washington, D.C. I have held this position for five years. I have been employed with GPO for thirty two years and have held a supervisory position for fifteen of those years.

During my tenure, I have served as a selecting official approximately ten times and I have served as the reviewing official five times. I also served on a selection and interview panel at least three times.

For the positions of Head Deskperson, KA-4413-00, advertised under vacancy announcement # 04-161 and 04-162; Group Chief, KA-4416-00, advertised under vacancy announcement # 04-163, I served as the selecting official. The selectees for all three positions were African Americans: one female and two males.

As I recall, someone in Human Resources sent me a Certification List of the Best Qualified Candidates for each of those positions. I believe Mr. Hairsine appeared on these lists. I did not interview anyone from the certification list for any of the positions advertised. I asked Fred Hall who worked for the Production Manager where all of the applicants worked to provide recommendations for each of the positions. Mr. Hall reviewed the applications and recommended the three African American applicants: Fletcher Ruffin, Charlie Brown, and Sara Pitt. I asked for his input because he was the foreperson for the Copy Preparation Unit. After the recommendations were made, I reviewed each application from the Certification List of Best Qualified Candidates and agreed with Mr. Hall's recommendations. I did not use race as a factor in the selection process for any of these positions.

I believe Mr. Hairsine was qualified for the positions and he was performing his duties satisfactorily.

During the past two years, I have promoted and hired numerous employees with varying backgrounds. I have attached a list of names to this affidavit.

*D. E.*
(Initials)

000072

To the best of my knowledge, Mr. Hairsine did not approach me concerning the selection process or why he was not selected.

I do not recall if Mr. Hairsine applied for other positions in which I served as the Selecting Official.

I have very little interaction with Mr. Hairsine. I am only familiar with him due to the number of years both of us have been with the agency.

I have reviewed this statement, which consists of these __3__ pages, and hereby solemnly __✓__ swear or __✓__ affirm that it is true and complete to the best of my knowledge and belief. I understand that the information I have given will not be held confidential and may be shown to the interested parties as well as made a permanent part of the record of investigation.

_____   __12/10/04__
(Signature of Affiant)                        (Date)

_____
(Initials)

Signed before me at (City and State) __Washington, DC__
On this __13th__ day of __December__, 2004.

_____
(Signature of Investigator/Witness)

_____
(Initials)

D4-13