## WITNESS' SUPPLEMENTAL AFFIDAVIT

**Dannie Young**, Superintendent of Electronic Printing Division, U.S. Government Printing Office, hereby declares:

1.  This statement responds to a request that I supplement my earlier statement, dated December 10, 2004, which I provided to the EEO investigator in connection with the equal opportunity complaint filed by Jack Hairsine. As I understand it, Mr. Hairsine contends that, because of his race (Caucasian) and color (White), he was not selected for three positions we filled in my division in 2004. I address each of these selections individually.

2.  Head Deskperson, KA-4413-00, Shift 2, Copy Prep Unit, Merit Promotion Announcement No. 04-161, dated June 4, 2004.

    The applicant selected for this vacancy was Fletcher Ruffin. When I viewed Mr. Hairsine's Form 612 application, I noted that he stated that he served as the Acting Head Deskperson. The records available to me at the time indicated instead that Mr. Ruffin received back pay as the Acting Head Deskperson for the section, not Mr. Hairsine. I took the fact that Mr. Ruffin had been acting for a substantial time period in the Head Desk position and was eligible for back pay, together with the recommendation of Mr. Frederick Hall, as the principal bases for my selection of Mr. Ruffin.

    I should point out that Mr. Hall had been the Foreperson of the Copy Preparation Section for a long period of time. (He has since retired.) Mr. Hall worked on a daily basis with the persons in that Section, and his name appears on most of the Employee Performance Ratings. That, plus the fact that I trusted Mr. Hall's judgment, are the reasons that I asked for his input in connection with my selection decisions.

3.  Head Deskperson, KA-4413-00, Shift 1, Copy Prep Unit, Merit Promotion Announcement No. 04-162, dated June 4, 2004.

    The selectee for this position was Ms. Sarah L. Pitt. With respect to this selection, I know that the duties and work are different on each shift. The following jobs are worked only on shift 1 (days):

    a. Code of Federal Regulations
    b. Presidential Documents

0000730

EXHIBIT
Young 14
KH 10-31-06

p. 5/
TAB F-4
Page 5 of 6 Pages

    c. Official Gazette Trade Marks
    d. Official Gazette Notices
    e. Scanning of Camera Copy
    f. Red jackets (outside agency work) inquiries
    g. Color unit work (storage)

Ms. Pitt worked on shift 1. I knew that Mr. Hairsine had little knowledge of the work and duties as it was being done on shift 1. Again, I relied in part on the recommendation of Mr. Hall, and selected Ms. Pitt because I viewed her to be better able to understand and direct the work on the first shift.

4. Group Chief, KA-4416-00, Shift 3, Copy Preparation Unit, Merit Promotion Announcement No. 04-163, dated June 4, 2004

I selected Mr. Charles Brown for this vacancy. In my review of Mr. Hairsine's application, I concluded that he had not put any extra effort into his application for this job. The Group Chief is a supervisory position and is higher in rank than Head Deskperson, which is not a supervisory position. However, I noticed that the only thing that Mr. Hairsine's had done to his Group Chief application, from the application that he had submitted for the Head Deskperson position, was that he changed the name of the position and the announcement number. Otherwise, it was the same application. Mr. Brown worked on the third shift, and had performed most of the duties of the Group Chief job on an informal basis before the job had been posted. This, along with input from Mr. Frederick Hall, convinced me that he was the best person for the job.

In addition, my personal experience is that on several occasions I would go to the unit where Mr. Hairsine worked and he was not at his workstation, and no one knew where he was. In my view, this was an indicator that he would not be the best choice for a supervisory or leadership position.

I hereby declare under penalty of perjury that the above statement is true and correct to the best of my information, knowledge, and belief.

_____ — April 5, 2005
DANNIE YOUNG            DATE