# Sharon R. Rice
*Attorney at Law*

1201 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20004
Office: 202-661-4769
Fax: 301-809-0527

email: sricelaw@verizon.net

Admitted in the District of Columbia
and South Carolina

## MEMORANDUM

TO:     Draughn & Associates, Brenda Smith, Project Manager

FROM:   Sharon R. Rice, Contract EEO Investigator  SRR

RE:     Hairsine GPO – 04-32, Supplemental Affidavit

DATE:   April 5, 2005

On March 22, 2005, I contacted Mr. Frederick Hall in order to elicit a more detailed explanation as to why he recommended the three African American applicants to Mr. Young for the positions of Head Deskperson and Group Chief. I conducted an interview with Mr. Hall on that same day. On March 25, 2005, I drafted the affidavit and sent it to him via express mail. The package was scheduled to arrive on March 28, 2005.

I have attached a copy of the shipping receipt, the tracking information, and the documents I sent to him on March 25, 2005. The tracking information demonstrates that Mr. Hall did receive the package on March 28, 2005 at 11:52 a.m.

Mr. Hall was instructed to fax the executed affidavit to my office after he reviewed it. I asked that he send the affidavit to me by no later than Wednesday, March 30, 2005.

On April 1, 2005, I called Mr. Hall's home and spoke to his wife. She confirmed that her husband received the package because she saw my name on the documents. I asked her to have her husband fax the executed affidavit to me by the end of the day.

To date, I have not received Mr. Hall's supplemental affidavit.

iShip Track It - Track Packages

## Your Tracking Information

| | |
|---|---|
| Status: | DELIVERED |
| Last Scan: | 3/28/2005 11:52:00 AM DELIVERED TAKOMA PARK, MD US TAKOMA PARK, MD US |
| Delivered To: | TAKOMA PARK, MD US |
| Delivery Date: | Monday, March 28, 2005 |
| Delivery Time: | 11:52:00 AM |
| Delivery Location: | FRONT DOOR |
| Carrier: | UPS |
| Service: | GROUND |
| UPS Tracking Number: | 1Z7R7W500331306050 |

Scan History:

3/28/2005 11:52:00 AM DELIVERED TAKOMA PARK, MD US
3/25/2005 10:20:00 PM DESTINATION SCAN LAUREL, MD US
3/25/2005 8:49:00 PM DESTINATION SCAN LAUREL, MD US
3/25/2005 8:48:00 PM ORIGIN SCAN LAUREL, MD US
3/25/2005 6:36:00 PM BILLING INFORMATION RECEIVED US

**NOTE:** The times listed in the scan details are local time.

Done

*Status as of Tuesday, April 5, 2005 7:38:40 PM Pacific Standard Time*

Learn More

## Track Another Package

Enter tracking number: [          ]  Submit

Having trouble? Click here for help. • iShip, Inc. Privacy Policy
Copyright (c) 1998-2005 iShip, Inc. All rights reserved. All other trademarks are properties of their owners.

http://www.iship.com/trackit/track.asp

0000676

4/5/2005
TAB F-2
Page 6 of 10 Pages

# Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

**SHIP DATE:**
Fri, Mar 25, 2005

**EXPECTED DELIVERY DATE:**
MON, MAR 28, 2005 EOD

**SHIP FROM:**
SHARON RICE
16426 ELLIPSE TER
BOWIE MD 20716-3262
(301) 809-0246

**SHIP TO:**
FREDERICK G HALL
[redacted]
Business

**SHIPPED THROUGH:**
The UPS Store #2888
BOWIE, MD 20716
(301) 352-8095

**SHIPMENT INFORMATION:**
UPS Ground Commercial
0.84lbs/1lbs Billed
Customer Packed: 11"X8"X1"

Tracking Number: 1Z7R7W5083313306050
Shipment ID: MMS6XK2JZ0SA9
Or/Item#: - -
Ref#: - -

**DESCRIPTION OF GOODS:**
- -

**SHIPMENT CHARGES:**
Ground Commercial  $5.40
Service Options    $0.00
Fuel Surcharge     $0.09

Total              $5.49

COMPLETE ONLINE SHIPMENT TRACKING INFORMATION:
Enter any of the following addresses in your web browser to view tracking information:
http://theupsstore.com (select Tracking, then enter Tracking #)
or http://iship.com/track/trk.asp?HAMS6XK2JZ0SA9

QUESTIONS ABOUT YOUR SHIPMENT?
Contact the SHIPPED THROUGH facility listed above.

ShipmentID: MMS6XK2JZ0SA9

Powered by iShip(tm)
03/26/2005 03:18 PM Pacific Time

000067C

TAB F-2
Page 7 of 10 Pages

**Draughn & Associates**
*Law Office of Sharon R. Rice*
*1201 Pennsylvania Avenue, N.W., Suite 300*
*Washington, DC 20004*

March 25, 2005

<u>EXPRESS MAIL</u>

Mr. Frederick G. Hall


    Re: <u>Supplemental Affidavit – Hairsine GPO 04-32</u>

Dear Mr. Hall:

    As we discussed earlier this week, the agency needed further clarification on the specific reasons why you recommended the three African American applicants for the positions of Head Deskperson and Group Chief.

    Based upon the telephone interview I conducted with you on March 22, 2005, I drafted your supplemental affidavit and I have enclosed it for your review. Please review the affidavit carefully and make any necessary corrections directly on the document and place your initials next to any corrections you make. In addition, please initial the bottom of each page and indicate the number of pages of your affidavit in the appropriate spaces.

    Please fax the signed affidavit to me at the number listed below by no later than Wednesday, March 30, 2005.

    If you have any questions or concerns, please feel free to contact me on my cell phone. I am in court all of next week but will call you back as soon as I get a break. Thank you for your patience and cooperation in this matter.

Sincerely,

*Sharon R. Rice*
Sharon R. Rice
Cell: 240-472-4494
Fax: 301-809-0527

Enclosures

## WITNESS' SUPPLEMENTAL AFFIDAVIT

I, **FREDERICK G. HALL**,

am an ____ employee of ___ applicant to _x_ former employee of the U.S. Government Printing Office:

(Agency)

(Office)  Production Department

(Division)  Electronic Photocomposition Division

(Branch)  Digital Press Section

Located in (CITY AND STATE)  Washington, DC

In the capacity of (show both your organization title and the classification of your job, if different):  Supervisor of Printing

Grade _14_ between _2003_ and _November 10, 2004_.
Telephone number during working hours is:  Retired.

I HAVE BEEN ADVISED OF THE FOLLOWING:

   I am required by Federal regulations and Government Printing Office policy to cooperate fully and promptly with the investigator who has been assigned to conduct a thorough and impartial investigation into a complaint of discrimination against the Government Printing Office. I must provide a statement for the investigative report which is true and complete to the best of my knowledge and which discloses all of my firsthand knowledge having a bearing on the merits of the complaint. My statement is provided under oath (or affirmation), without a pledge of confidentiality, in accordance with Equal Employment Opportunity Commission rules and regulations and Government Printing Office policy. This means that any employee(s) whom I accuse of discrimination or other acts of impropriety may be shown relevant portions of my affidavit and be provided an opportunity to respond for the record. In addition, the complainant and the appropriate Departmental officials involved in the EEO complaint process will receive the entire investigative file. I have the right to review my statement prior to signing it and may make initialized corrections if it is incomplete or inaccurate. I have the right to receive a copy of the signed statement.

_____
(Initials)

Having been advised of the above information about my role as a witness in the investigative process, I solemnly swear the statement which follows is true and complete to the best of my knowledge and belief, and addresses the issues and concerns raised with me by the investigator.

I recommended Fletcher Ruffin to Mr. Young for the Head Deskperson position because he had more experience in the overall operation of the office. In addition, he ran the whole ship, stepped up and took charge when the supervisor was absent. Mr. Ruffin demonstrated that he knew everything he needed to know pertaining to the skills necessary for the position. I felt confident that he would be able to perform the tasks required of the position.

I recommended an African American female to Mr. Young for the day shift, Head Deskperson position because she was familiar with the overall operation of the office. In addition, she operated the section since I left. I had confidence in her ability to perform the duties of the position.

I recommended an African American male to Mr. Young for the midnight shift, Group Chief position because he stepped up and took charge and showed more initiative than Mr. Hairsine. I also had confidence in his ability to successfully perform the duties of the position.

I believe that all the selectees names above were better qualified than Mr. Hairsine because he did not show as much initiative as the others.

Since I have been employed with GPO for thirty eight years, I cannot specifically recall the total number of employees I promoted. If I provide a number, I would probably be incorrect. I do recall that I promoted five White employees during my tenure and I can only recall the names of three: Tom Gilles, Harold Needleman, and Karen Kuntz.

I have reviewed this statement, which consists of these _____ pages, and hereby solemnly ___ swear or ___ affirm that it is true and complete to the best of my knowledge and belief. I understand that the information I have given will not be held confidential and may be shown to the interested parties as well as made a permanent part of the record of investigation.

_____
Initials

2