## WITNESS' AFFIDAVIT

I, <u>FLETCHER RUFFIN, SR.</u>,

am an __X__ employee of ___ applicant to ___ former employee of the U.S. Government Printing Office:

(Agency)

(Office) Production Department

(Division) Electronic Photocomposition Division

(Branch) Digital Prepress Section

Located in (CITY AND STATE) <u>Washington, DC</u>

In the capacity of (show both your organization title and the classification of your job, if different): Head Deskperson, KA-4413-00

Grade __ between __June 2004__ and __Present__.
Telephone number during working hours is: <u>202-512-0618.</u>

I HAVE BEEN ADVISED OF THE FOLLOWING:

    I am required by Federal regulations and Government Printing Office policy to cooperate fully and promptly with the investigator who has been assigned to conduct a thorough and impartial investigation into a complaint of discrimination against the Government Printing Office. I must provide a statement for the investigative report which is true and complete to the best of my knowledge and which discloses all of my firsthand knowledge having a bearing on the merits of the complaint. My statement is provided under oath (or affirmation), without a pledge of confidentiality, in accordance with Equal Employment Opportunity Commission rules and regulations and Government Printing Office policy. This means that any employee(s) whom I accuse of discrimination or other acts of impropriety may be shown relevant portions of my affidavit and be provided an opportunity to respond for the record. In addition, the complainant and the appropriate Departmental officials involved in the EEO complaint process will receive the entire investigative file. I have the right to review my statement prior to signing it and may make initialized corrections if it is incomplete or inaccurate. I have the right to receive a copy of the signed statement.

(Initials)

Having been advised of the above information about my role as a witness in the investigative process, I solemnly swear the statement which follows is true and complete to the best of my knowledge and belief, and addresses the issues and concerns raised with me by the investigator.

I am an African-American male and I am currently employed at the U.S. Government Printing Office (GPO) in the Production Department, Electronic Photocomposition Division, Digital Prepress Section as the Head Deskperson in Washington, D.C. I have held this position since June, 2004. I have been employed with GPO for thirty-seven years.

My current duties are being responsible for coordinating with supervisors all work to be processed in the Section during the shift. I also distribute and review the work of Offset Strippers. In addition, I ensure accomplishment of assigned production schedules by making technical determinations when necessary and by altering previously established schedule priorities. In this capacity, I serve in a lead position over Mr. Hairsine's work and I also assign work to him and five other employees.

I interact with Mr. Hairsine on a daily basis.

I have seen a pattern develop in the office in which employees (FTEs) being promoted without being qualified for the positions regardless of race. I believe promotions are based on favoritism on both sides: White and Black.

I believe Mr. Hairsine was qualified for both positions because I trained him for the positions and from what I have observed in the performance of his duties. Mr. Hairsine worked as a Head Deskperson for a while which automatically qualifies you to work as the Group Chief.

I was selected for the position of Head Deskperson which was the same position Mr. Hairsine applied for. I was more qualified than the other applicants. The supervisor in the Production Department retired about three months ago. I filled in for the supervisor from time to time as needed when he was not present. I have worked and trained in this position for about ten years. I applied for this position because I did not want to work the first or third shift. I worked the second shift for thirty seven years.

A Black female was selected for the other Head Deskperson position and a Black male was selected for the Group Chief position. I believed the other selectees volunteered to work in those positions prior to the positions being advertised.

_____
(Initials)

The office did not fill the vacancies quickly. I and another manager worked without being paid for a whole year before the positions were filled. I blame the slowness or the delay on poor management.

During my tenure, I have noticed a pattern of employees (White and Black) who worked in various positions for a while and obtained the necessary qualifications and were selected over others.

I believe Mr. Harisine was qualified for this position and if I were (white) and this happen to me 8-times being not selected for Head Desk Person or Group Cheif Person in Copy Prep Section I would definitely say it's discriminatory and me being black did happen to me 5-times what would this be called.

I have reviewed this statement, which consists of these __3__ pages, and hereby solemnly ___ swear or ___ affirm that it is true and complete to the best of my knowledge and belief. I understand that the information I have given will not be held confidential and may be shown to the interested parties as well as made a permanent part of the record of investigation.

_____    12-14-04
(Signature of Affiant)                  (Date)

                                        _____
                                        (Initials)

Signed before me at (City and State) _Clinton, Md_

On this _14th_ day of _December_, 2004.

_____
(Signature of Investigator/Witness)

                                        _____
                                        (Initials)