Form Approved
OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1. Job Title in announcement | 2. Grade(s) applying for | 3. Announcement Number |
|---|---|---|
| Head Desk Person | KA-4413-00 | 04-161 |

| 4. Last Name | First and Middle Name | 5. Social Security Number |
|---|---|---|
| RUFFIN SR | FLETCHER LEWIS | 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 |

| 6. Mailing Address | 7. Phone Numbers |
|---|---|
| 9505 PIN OAK STREET<br>CLINTON, MD 20735 | DAYTIME (301) 868-8671<br>EVENING (202) 512-0618 |

8. WORK EXPERIENCE

1) Job Title: OFFSET STRIPPER

| From: 01/75 | To: PRESENT | Salary: $69,825 | Hours Per Week: 40 |
|---|---|---|---|

| Employer's Name and Address | Supervisor's name and phone number: |
|---|---|
| U.S. GOVERNMENT PRINTING OFFICE<br>ELECTRONIC PHOTOMOPOSITION DIVISION<br>DIGITAL PRE-PRESS SECTION<br>COPY PREPARATOIN UNIT - SHIFT 2<br>WASHINGTON, DC 20401 | BILL MILAN (202) 512-0618 |

Describe your duties and accomplishments:

In my current position, I am responsible for assembling various types of print media such as art transparencies, mechanical, repro-reprint copy, prints, plates, progressive proofs, film negatives, manuscripts and/or others to make a satisfactory finished book, brochure, pamphlet, form as ordered by different departments within and outside of the agency.

I must inspect size, evaluate and prepare camera copies to meet quality assurance standards. This also includes examining Department's authorized proofs for corrections, ensuring that work is advanced to the next production areas in a concise and timely fashion (to avoid slippage in schedules). Although

1

it is permissible to consult with my supervisor when not certain about a customer's request, for the most part, I perform my assigned duties with minimum supervision.

In order to successfully complete my job requirements. I must communicate Effectively both orally and in writing. Many of my assigned duties are Congressional requests, therefore the ability to understand and interpret technical data in order to solve problems, meet deadlines, contiguously keeping abreast of all new industry developments.

In addition, in this position, I must follow instructions on Work Jackets and Department proofs. Following these instructions are essential to successfully complete my assigned tasks. In addition, I must adhere to all departmental regulations, specification sheet, print orders, A.J.I.S. and assigned agency memos. I am required to verify trim size, type of binding or punching and form numbers, determining correct margins.

Another important aspect of this position requires me to determine all assigned job format precisely, by using some necessary tools instrumental in accomplishing this component is: rule forms, chart and graphs.

I am required to key illustrations to text, mount proofs, provide bleed, cropping, color breaks, tone overlays and registrations controls. I must determine whether a job needs doc. lines, prices and other printing identifications, preparing data sheets of all types are required. While working in this position, I have cultivated and nurtured my ability to plan and direct work activities in a manner which promotes coordinated efforts and the prompts completion of all assignments.

It is my ongoing responsibility to inspect negatives for reprint quality standards. I also order film prints, proofs, type of correct fact fonts. I am also tasked in creating or supplying missing elements of art of copy. I am constantly focusing on work procedures, processes, work standard, and workflow of the Copy Preparation Unit.

I have acquired in this position the ability and knowledge necessary to deal with others in a tactful manner, maintaining harmony in my work relationships and among co-workers.

It is my belief that my work experience has given me the necessary requirements needed to be an effective supervisor and the capability to direct work. While carrying out my assigned tasks and through continuous observation has afforded me the opportunity to learn and focus on good managerial skills and techniques.

Announcement # 04-161

Other Qualifications:

**LETTER OF APPRECIATION AND OUTSTANDING WORK PERFORMANCE AWARDS**

**UNIVERSITY OF THE D OF C BASIC STEWARD TRAING  6/12/91
SPECIAL ACHIEVEMENT AWARD 8/85 TO 8/86
PERFORMANCE RECOGNITION 10/87 TO 9/88
CERTIFICATE OF RECOGNITION 10/87 TO 9/88
CERTIFICATE OF RECOGNITION 10/88 TO 9/89
CERTIFICATE OF RECOGNITION 9/89 TO 10/90
SPECIAL RECOGNITION SUGGESTION NO.  92-28 & 92-29
SENSITIVE POSITION CERTIFICATION
SECURITY CLEARANCE 5/24/90
XEROX MACHINE, GRAPHIC ARTS CALCULATOR, ADDING MACHINE, PHOTOCOPY MACHINE AND WINDOWS 2000, WINDOW XP, SCANNING, ADOBEPHOTO SHOP ALSO PEP**

Education

**DEGREE IN BUSINESS MANAGEMENT 1975**

Related courses

**English 101-103
Psychology
Human Resources**

Organization Affiliation:

**ASSISTANT SHOP STEWARD GCIU
EEO COUNSEL REPRESENTATIVE**

References:

| | | |
|---|---|---|
| David Boddie | Assistant Production Manager | (202) 512-0688 |
| Doug Cephas | Chief | (202) 512-0239 |
| R. Haffa | Assistant Foreperson | (202) 512-0724 |

Are you a U.S. citizen: **yes**

Do you claim veteran preference: **No**

Were you ever a Federal civilian employee: **yes**

Are you eligible for reinstatement based on career or career-conditional Federal status? **yes**

Applicant Certification

**I certify** that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I **understand** that false or fraudulent information on or attached to this application may be grounds for not hiring me or for firing me after I begin work, and may be punishable by fine or imprisonment. I **understand** that any information I give may be investigated.

**Signature** _[signature]_ **Date Signed** 6-15-04

p 4

# Attachment A

| | |
|---|---|
| Name | : Fletcher Lewis Ruffin Sr. |
| Date of Birth | : 2-17-49 |
| Social Security No. | : 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 |
| Address | : 9505 Pin Oak st |
| | Clinton, Maryland 20735 |

Position – **Offset Stripper/ Acting Group Chief**

Ranking Factors:

**1. Ability to lead employees and direct work.**

While working as an acting Group Chief, I have directed the workflow through completion while using offset strippers to accomplish the task by delegating responsibility for completion of jobs. I am also responsible for overseeing the actual production and progress reports, status, and impediments for the office.

**2. Ability to understand technical data in order to solve problems, meet deadlines, and keep abreast of all new developments in the industry.**

While working as the acting Group Chief in the Copy Preparation Section, I personally monitored the status of all work assignments to ensure that each job is completed. I also synchronize the entire scope of workload in order to maintain a consistent level of production and adherence to job deadlines. This requires clear-cut planning to scheduling and assigning work to subordinates and the ability to adjust priorities as deadline dates changed to ensure timely processing of meeting deadlines: and to keep abreast of all new developments in the industry.

**3. Knowledge of the procedures, processes, and workflow of the Digital Prepress Section.**

In my current position as the Acting Group Chief, I have the experience in planning and assisting of work in accordance with standard practice or special instructions in the Offset Copy Preparation Section. I maintain work assignment rosters and other appropriate work lists to show location to work and disposition and elapsed time. In addition, I review work procedures and techniques of

15

individual employees as regards to timeliness and economical methods of pressing.

**4. Ability to communicate effectively both orally and in writing.**

I have the ability to communicate effectively, both orally and in writing when assisting in the preparation of special job assignments. This responsibility requires attentiveness to specific details, and the ability to communicate effectively, both orally and in writing and the ability to use these skills in applying rules and regulations to day-to-day operational procedures in the Copy Preparation Section.

**5. Ability to check work, insure instructions have been met, assure that safety and housekeeping rules are followed, and insure that deadlines are followed.**

When working as and acting Group Chief, I am responsible for checking work to insure that all instructions have been met. I also make sure that all safety and housekeeping rules are followed daily by reminding employees of the precautionary measures that they need to be aware of within the immediately section. On a daily basis, I am responsible for planning and organizing the work activities of the Copy Preparation Section following schedules and meeting deadlines.

8 6

GPO Form 2970
(R 10-86)

UNITED STATES GOVERNMENT PRINTING OFFICE
# EMPLOYEE PERFORMANCE RATING

| NAME | DIVISION/SECTION/SHIFT |
|---|---|
| RUFFIN, FLETCHER L | PRODUCTION DEPARTMENT |
| TITLE | ELEC PHOTOCOMPOSITION DIVISION |
| OFFSET STRIPPER | DIGITAL PREPRESS SECTION |
| | COPY PREPARATION UNIT |
| GRADE/STEP   EMPLOYEE NO | |
| 00/00        EMP. NO. 79093 | 5520 |

PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING THIS FORM.

## PERFORMANCE RATINGS FOR INDIVIDUAL ELEMENTS

| JOB ELEMENTS | "C"/"N" | JOB ELEMENT RATING |||
|---|---|---|---|---|
| | | O | FS | U |
| No. 1 | C | ☒ | ☐ | ☐ |
| No. 2 | C | ☒ | ☐ | ☐ |
| No. 3 | C | ☒ | ☐ | ☐ |
| No. 4 | N | ☒ | ☐ | ☐ |
| No. 5 | N | ☒ | ☐ | ☐ |
| No. 6 | | ☐ | ☐ | ☐ |
| No. 7 | | ☐ | ☐ | ☐ |
| No. 8 | | ☐ | ☐ | ☐ |

SUMMARY RATING FOR THE PERIOD OF 10/1/2001 THROUGH 1/30/2002

☒ Level 5 (OUTSTANDING)
☐ Level 4 (EXCELLENT)
☐ Level 3 (FULLY SUCCESSFUL)
☐ Level 2 (MARGINAL)
☐ Level 1 (UNACCEPTABLE)

### SIGNATURES

SUPERVISOR: *[signed] S. Murphy, Group Chief, 11/15/02*
NAME, TITLE AND DATE

REVIEWERS: *[signed]*
NAMES, TITLES AND DATES                        BUDGET OFFICIAL

EMPLOYEE: *[signed] Fletcher L H  12-15-02*
NAME AND DATE

PART 3 - EMPLOYEE COPY    7