Form Approved
OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

1. Job Title in announcement    2. Grade(s) applying for    3. Announcement Number

**HEAD DESKPERSON**                                          **04-161**

4. Last Name       First and Middle Name         5. Social Security Number

**PITT, SARAH LOUISE**                           **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**

6. Mailing Address                               7. Phone Numbers

**44 Hawthorne Court N.E.**                      **(202)512-0618**
**Washington, DC 20017**

8. WORK EXPERIENCE

1) Job Title: **Offset Stripper**

From: **6/84**           To: **Present**        Salary:        Hours Per Week: **40**

Employer's Name and Address                      Supervisor's name and phone number:

**U.S. Government Printing Office**              **William Milans**
**Washington, DC 20401**                         **(202)512-0618**

Describe your duties and accomplishments:

**I have been serving as Acting Head Deskperson for approximately 5 years. In this position, I am responsible for planning and assigning work in accordance with the standards practices or special instructions. My duties also include maintaining work assignments rosters and other appropriate work lists to show location of work, coordination with other units as necessary and reporting on workload status and reviewing work procedures and techniques of employees. I assist in providing technical assistance and recommendation when necessary.**

1

Also, while working in this position, I inspect size, evaluate and prepare camera copy to meet quality assurance standards. This includes examining Department's authorized proofs for corrections, ensuring that work is advanced to the next production areas in a concise and timely fashion. Although it is permissible to consult with my supervisor when not certain about a customer's request, for the most part, I perform my duties with minimum supervision.

2) Job Title: **Photocomposition Keyboard Operator**

From: **11/78**            To: **6/84**            Hours per week: **40**

Employer's name and address:             Supervisor's name and phone number:

**U.S. Government Printing Office**        **Martin Mehlberg**
**Washington, DC 20401**                   **(Deceased)**

Describe your duties and accomplishments:

While working in my former position as a Photocomposition Keyboard Operator, I was responsible for operating a photocomposition keyboard terminal. I typed jobs using formatting procedures to set line length, type size, and type style; set highly complicated technical and scientific material, and properly balanced tables; set type in justified mode on complex keyboard. I often time instructed new operators on how to set type and run keyboard; review and correct coding on copy from word processing interface system; maintains index of completed work for retrieval; records time spent on typesetting for job pricing; performs related duties as required

May we contact your supervisor: **YES**

Education:
**Phillips High School (1962) Graduated**
**Battleboro, NC 27891**

Training Classes:

1. Journeyman Apprenticeship - 4 years
2. Video Keyboard Operator Training - 168 hours
3. Certificate of Training in Offset Stripping at Graphic Institute of Greater Washington
4. Digital Prepress Training specifically scanning, photoshop, Windows 2000, Scale to fit and Auto Separate
5. Information Technology Course at Southeastern University - 8 hours
6. Computer Information and System Science at University of District of Columbia - 6 credit hours
7. Mount Calvary Seminary Biblical Studies
8. I have 60 credit hours from University of District of Columbia
9. Attended Johnson Business School - 3 credit hours
10. Attended the Department of Agriculture English Class - 3 credit hours
11. Attended YWCA English Class - 3 credit hours

Other Qualifications:

I have the ability to operate any FAX machines, copying machines, PCs, Typewriters, Scanners, 4L, Fox, Cutters and Waxers.

As a Licensed Real Estate Agent in DC and Maryland

I coordinate and have given Real Estate Seminars

I am continuing my studies in Real Estate

DC Fair Housing and Predatory Lending

DC Legislative Ethics and Agency

Maryland Legal Update

Risk Management DC and Maryland

Compose Contracts

Settlement Procedures

Disclosures

Organization Affiliation:

**Greater Mount Calvary Holy Church (Church Greeter)**
**4th and Rhode Island Ave NW**
**Washington, DC**

**DC Association of Realtors**
**Greater Capitol Area Association of Realtors**
**Prince Georges Association of Realtors**

References:

| | | |
|---|---|---|
| 1. Frederick Hall | U.S. Government Printing Office | (202)512-0707 |
| 2. William Milans | U.S. Government Printing Office | (202)512-0618 |
| 3. Evelyn Sherron | U.S. Government Printing Office | (202)512-0756 |

Are you a U.S. citizen: **YES**

Do you claim veteran preference: **NO**

Were you ever a Federal civilian employee: **YES**

Are you eligible for reinstatement based on career or career-conditional Federal status?
**YES**

Applicant Certification

I **certify** that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I **understand** that false or fraudulent information on or attached to this application may be grounds for not hiring me or for firing me after I begin work, and may be punishable by fine or imprisonment. I **understand** that any information I give may be investigated.

Signature _Sarah L. Pitt_    Date Signed _6-16-04_

# Attachment A

| | |
|---|---|
| Name | : Sarah L. Pitt |
| Date of Birth | : 11-06-44 |
| Social Security No. | : 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 |
| Address | : 44 Hawthorne Court<br>Washington, DC 20017 |

Position - **Head Deskperson**

Ranking Factors

**1. Ability to lead employees and direct work.**

While working the position of Acting Head Deskperson, I have directed the workflow through completion while using offset strippers to accomplish the task by delegating responsibility for completion of jobs. I am also responsible for overseeing the actual production and progress reports, status and impediments for the office.

**2. Ability to understand technical data in order to solve problems, meet deadlines, and keep abreast of all new developments in the industry.**

In the absence of the section head, I am required to work with the production workload that require immediate handling within the section. In this position, my ongoing responsibility is to make assignments and manpower adjustments necessary whereby various jobs are not delayed within the section for long periods of times.

### 3. Knowledge of the procedures, processes, and workflow of the Digital Prepress Section.

I currently served as the Acting Head Deskperson, in this position, I receive all work into the Digital Prepress Section through the incoming desk. The work is generated from various divisions within the agency. For instance, Customer Service, Job Section, Proof and Copy Markup Section, the Copy Center, Production Planning and Scheduling, Congressional Desk and other production areas. The work is always reviewed to ensure the quality level is achieved. If the job is ready for press it is sent to direct to plate to be printed. However, some files have to be created in digital prepress section, then these files are sent to direct to plate. The files first has to be scanned and this process consist of creating and scanning files, naming file, rotating siding and record on slates and I create PDF files for direct to plate. Another phase of this process consist of inspecting files in photoshop, tight crop copy and put files in desk top scan. In other words the copy must be scan for direct to plate and put in files. Copy is sometimes proofed out to the Department for their approval or corrections before the final process. If a job has negs, it must first be sent to Postscript scanning to make files then on to direct to plate. Sometimes proofs are needed from negs, if this occur the negs will be sent to Postscript scanning for prints and then returned to digital prepress. Information on jobs come to the Copy Prep Unit section by phone, work jackets, letters and advance jackets.

### 4. Ability to communicate effectively both orally and in writing.

I have the ability to communicate effectively, both orally and in writing when assisting in the preparation of special job assignments. This responsibility requires attentiveness to specific details, ability to communicate effectively, both orally and in writing with the skills to apply rules and regulations to day-to-day operational procedures of the Copy Preparation Unit.

### 5. Ability to check work to insure that instructions have been met, assure that safety and housekeeping rules are followed, and insure that deadlines are followed.

I have the ability to check work to insure that instructions have been met, assure that safety and housekeeping rules are followed and insure that deadlines are followed. On a day-to-day basis, I am responsible for planning and organizing the work activities of the Copy Preparation Unit. It is my ongoing responsibility to ensure that the schedules and deadlines are met within a timely fashion. While working in this capacity, I made sure that the manpower shortage would not cause a conflict within the work assignments of the other employees. In addition, I assure that safety and housekeeping rules are followed daily by reminding employees of the precautionary measures that they need to be aware of with the proximity section.

# The United States Government Printing Office

## Apprentice Class

To all to whom these presents shall come, Greeting: By virtue of authority vested in this Office by Congress assembled it has this day conferred on

### Sarah L. Pitt

the title of

### Journeyman Compositor

In testimony of her completing with excellence the training prescribed for apprentices by the Public Printer, she is entitled to receive all the honors, rights, and privileges pertaining thereto.

In witness whereof the lawfully constituted authorities have hereunto set their hands and have caused the seal of this Office to be affixed, at Washington, District of Columbia, this eighth day of July, nineteen hundred and seventy-seven.



_Emerson Smith_
Chief Crafts Training Branch

_Charles Plant_
Director of Personnel

_R. E. White_
Public Printer



# The graphic arts institute
## OF GREATER WASHINGTON

### This Is to Certify

That **SARAH PITT**

Has completed the required course

in **STRIPPING I**

As set forth in the agreement Between GCU and the Employers of the Washington area

*Charles C. Bohner*, Secretary, Trustees

*George C. Jones*, Director

*David DeChamp*, Chairman, Trustees

GCIU 324

# UNITED STATES GOVERNMENT PRINTING OFFICE

# Certificate of Training

This is to certify that  SARAH L. PITT  has successfully completed  168  hours of training in  VIDEO KEYBOARD OPERATION  conducted by  THE ELECTRONIC PHOTOCOMPOSITION DIVISION   Date  OCTOBER 18, 1978

_____
INSTRUCTOR

_____
DIRECTOR OF PERSONNEL

_____
PUBLIC PRINTER

# Certificate of Completion

*YWCA/Continuing Education*

Presented to

SARAH L. PITT

certifying the satisfactory completion of the course in

ENGLISH GRAMMAR

during the _____ session of

SEPTEMBER 13 — OCTOBER 25, 1982
_____
Date

_____
Instructor

_____
Marilyn Howard-Clinton
Program Director

**MD CE Course Category: (a)**
Federal, State or Local Legislative Issues

**GCAAR**
GREATER CAPITAL AREA ASSOCIATION OF REALTORS®
8757 Georgia Ave. Ste. 600
Silver Spring, MD 20910

CERTIFICATE OF COMPLETION

Seminar: "Maryland Legal Update"

This is to certify that the addressee has completed 3.0 clock hours of Continuing Education Instruction, as approved by the Maryland Real Estate Commission, in compliance with the Annotated Code of Maryland, Business Occupations and Professions Article on this 19th day of November, 2003.

Name  Sarah L. Pitt                                SSN 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
Company  Murrell Inc Realtor
Address  4601 Gay Ave, NW, Wash, DC 20011
         05 98 28

NAME MUST BE LEGIBLY PRINTED AS IT APPEARS ON MD LICENSE

GCAAR is required to report your attendance directly to the MD Real Estate Commission.
All information must be completed and turned in at the end of this class in order to receive credit.

*Leslie L. Dowdey*
Leslie Dowdey
Education Manager

Certificate valid only if stamped
[Stamp: PROVED GCAAR FOR CE CREDIT]

**MD CE CERTIFICATE**

REALTOR®



**GCAAR**
GREATER CAPITAL AREA ASSOCIATION OF REALTORS®

8757 Georgia Ave., Suite 600
Silver Spring, MD 20910
CERTIFICATE OF COMPLETION

3 Hours of DC Required Credit

 Certificate valid only if stamped "APPROVED FOR CE CREDIT - GCAAR"

*** Fulfills the DC Fair Housing and Predatory Lending Update Requirement ***

Seminar: "DC Fair Housing and Predatory Lending Update"

This is to certify that the addressee has completed 3.0 clock hours of Continuing Education Instruction, as approved by the District of Columbia Real Estate Commission, in compliance with Chapter 19, Section 45-1927(d) of the District of Columbia Code on this 19th day of November, 2003.

*Leslie L. Dowdey*
Leslie Dowdey
Education Manager

Name: Sarah L. Pitt
Company: Murrell Inc Realty
SSN: 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
DC License Number: SD89559

NAME MUST BE LEGIBLY PRINTED AS IT APPEARS ON DC LICENSE

GCAAR is required to electronically report your attendance directly to the DC Real Estate Board. All information must be completed and turned in at the end of this class in order to receive credit.



**DC CE CERTIFICATE**

® REALTOR®





GCAAR
GREATER CAPITAL AREA ASSOCIATION OF REALTORS®
8757 Georgia Ave., Suite 600
Silver Spring, MD 20910
CERTIFICATE OF COMPLETION

\*\*\* Elective Credit \*\*\*

Seminar: "Maryland Legal Update"

This is to certify that the addressee has completed **3.0 clock hours** of Continuing Education Instruction, as approved by the District of Columbia Real Estate Commission, in compliance with Chapter 19, Section 45-1927(d) of the District of Columbia Code on this 19th of November, 2003.

Certificate card only. Reprinted.



(stamp: APPROVED FOR CE CREDIT — GCAAR)

_Leslie L. Dowdey_
Leslie Dowdey
Education Manager

DC Course Approval Number:
10154

3.0 Hours DC Elective Credit

Name: Sarah L. Pitt
Company: Durrell Inc. Realtors
SSN: 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
DC License Number: SP89559

NAME MUST BE LEGIBLY PRINTED AS IT APPEARS ON DC LICENSE

GCAAR is required to electronically report your attendance directly to the DC Real Estate Board. All information must be completed and turned in at the end of this class in order to receive credit.

**DC CE CERTIFICATE**





REALTOR®



GPO Form 2970
(R 10-86)

# UNITED STATES GOVERNMENT PRINTING OFFICE
## EMPLOYEE PERFORMANCE RATING

**NAME:** PITT, SARAH L
**TITLE:** OFFSET STRIPPER
**GRADE/STEP:** 00/00
**EMPLOYEE NO.:** EMP. NO. 73641

**DIVISION/SECTION/SHIFT:**
PRODUCTION DEPARTMENT
ELEC PHOTOCOMPOSITION DIVISION
DIGITAL PREPRESS SECTION
COPY PREPARATION UNIT                5510

PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING THIS FORM.

### PERFORMANCE RATINGS FOR INDIVIDUAL ELEMENTS

| JOB ELEMENTS | "C"/"N" | O | FS | U |
|---|---|---|---|---|
| No. 1 | C | ☑ | ☐ | ☐ |
| No. 2 | C | ☑ | ☐ | ☐ |
| No. 3 | C | ☑ | ☐ | ☐ |
| No. 4 | N | ☑ | ☐ | ☐ |
| No. 5 | N | ☑ | ☐ | ☐ |
| No. 6 |   | ☐ | ☐ | ☐ |
| No. 7 |   | ☐ | ☐ | ☐ |
| No. 8 |   | ☐ | ☐ | ☐ |

SUMMARY RATING FOR THE PERIOD OF 10/1/2002 THROUGH 9/30/2002.

| ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|
| Level 5 (OUTSTANDING) | Level 4 (EXCELLENT) | Level 3 (FULLY SUCCESSFUL) | Level 2 (MARGINAL) | Level 1 (UNACCEPTABLE) |

### SIGNATURES:

**SUPERVISOR:** William James Miles  Ast Foreperson  12/17/02
NAME, TITLE, AND DATE

**REVIEWERS:** Anderick S. Hall Foreperson 12/31/02
NAMES, TITLES, AND DATES                              BUDGET OFFICIAL

**EMPLOYEE:** Sarah L. Pitt  1-29-03
NAME AND DATE

PART 2 - SUPERVISOR COPY