

U.S. GOVERNMENT PRINTING OFFICE
KEEPING AMERICA INFORMED

MERIT PROMOTION
# Vacancy Announcement

|  |  |
|---|---|
| ANNOUNCEMENT NUMBER: | 04-161 |
| POSITION: | Head Deskperson |
| SERIES/GRADE: | KA-4413-00 |
| SALARY RANGE: | $32.40 PH plus 10% Night Rate |
| ISSUE DATE: | 06/04/04 |
| CLOSING DATE: | 06/16/04 |
| NUMBER OF VACANCIES: | One |
| ORGANIZATION: | Production Department<br>Electronic Photocomposition Division<br>Digital Prepress Section<br>Copy Preparation Unit |
| GEOGRAPHIC LOCATION: | Washington, DC |
| PROMOTION POTENTIAL: | None |
| DURATION OF APPOINTMENT: | Permanent |
| TOUR OF DUTY: | Shift 2 |
| OPM NOTICE OF RESULTS REQUIRED: | No |
| CIVIL SERVICE STATUS REQUIRED: | Yes |
| AREA OF CONSIDERATION: | Permanent GPO Employees |

**SUMMARY OF DUTIES/RESPONSIBILITIES:**

The incumbent of this position is primarily responsible for coordinating with supervisors all work to be processed in the Section during the shift. Distributes and reviews the work of Offset Strippers. Ensures accomplishment of assigned production schedules by making technical determinations when necessary and by altering previously established schedule priorities. Assigns collating and/or logging-in work to available clerical employees. Advises and assists trainees and details assigned to the section and interprets rules and regulations for employees with regard to their work. Keeps supervisor apprised of any exceptionally good work or poor work by Offset Strippers. Assures that subordinates observe rules and regulations on housekeeping, conduct, safety, and occupational health. Performs other related duties as assigned. Duties are performed under the guidance of the section supervisor who assigns priorities and objectives. The incumbent exercises initiative and judgment to carry out assignments and duties

**QUALIFICATIONS:** Applicants must have completed a formal, recognized apprenticeship or Government Printing Office journeyperson training program or possess substantially equivalent practical experience in the trade of the vacancy. In addition, applicants must have at least 2 years of journeyperson experience in the trade. Applicants also must have served at least 1 year in the Government Printing Office under a career or career-conditional appointment.

**RANKING FACTORS:** *(Applicants who meet the above qualification requirements will be rated on the basis of relevant experience, education, training, supervisory appraisal, job-related awards, and the factors listed below. Applicants should be specific in documenting these areas in their application materials.)*

1. Ability to lead employees and direct work.
2. Ability to understand technical data in order to solve problems, meet deadlines, and keep abreast of all new developments in the industry.
3. Knowledge of the procedures, processes, and workflow of the Digital Prepress Section.
4. Ability to communicate effectively both orally and in writing.
5. Ability to check work, insure instructions have been met, assure that safety and housekeeping rules are followed, and insure that deadlines are followed.

**ALL APPLICANTS MUST INCLUDE THE FOLLOWING:**

Applicants may submit an *Optional Form 612, "Optional Application for Federal Employment" (or SF-171), or a resume.* **If a resume is submitted, it must contain all pertinent data in the OF-612.**

Current and former Federal employees must submit copies of their latest annual performance rating and SF-50 as proof of status or reinstatement eligibility. Veterans who are preference eligibles or who have been separated from the armed forces under honorable conditions after 3 years or more of continuous active service may apply. When one application is received, it will be considered under the federal merit promotion procedures. Applicants eligible under the **Veterans Readjustment Act (VRA)** will also be considered, if this position is being announced at the grade PG-11 level and below. Veterans must submit a copy of their DD-214, "Certificate of Release or Discharge from Active Duty"; if claiming 10-point veterans' preference, submit a SF-15, "Application for 10-Point Veterans' Preference," plus the proof required by that form.

Applicants seeking Excepted Appointments based on disabilities must provide certification from a State or District of Columbia rehabilitation counselor indicating that they meet the requirements for and are eligible for an Excepted Appointment based on a physical or mental disability.

**GPO WILL NOT PAY RELOCATION COSTS.**

**OTHER ESSENTIAL INFORMATION:**

Applicants must:
- include the vacancy announcement number and position title on their application.
- describe their duties and responsibilities in their own words; position descriptions may not be submitted.
- meet time-in-grade and qualification requirements by the closing date of this announcement.
- submit a GPO Form 2566, "Report of Merit Promotion Action," if they wish to obtain a report on the status of their application.
- submit applications and required forms postmarked no later than the closing date of this announcement.
- provide the title and length of related courses. For college classes include the number of credit hours (not required if a degree has been earned).
- be a United States citizen or national (e.g. resident of American Samoa).
- include their Social Security Number on their application.

| **SUBMIT APPLICATION(S) TO:** | **FOR ADDITIONAL INFORMATION CALL:** |
|---|---|
| **Team 3** | (202)512-1308 |
| U.S. Government Printing Office | TDD (202)512-1519 |
| Employment Branch, Room C106, Stop: PSE | |
| 732 North Capitol Street, NW | |
| Washington, DC 20401 | |
| FAX (202)512-1292 | |

*\*THE GOVERNMENT PRINTING OFFICE IS AN EQUAL OPPORTUNITY EMPLOYER\**
*\*THIS AGENCY PROVIDES REASONABLE ACCOMMODATIONS TO APPLICANTS WITH DISABILITIES\**

### JOB ELEMENT RATING SHEET FOR IN-SERVICE PLACEMENT

**Name:** Jack R. Hairsine

**Organization:** Production Department
Electronic Photocomposition
Division, Digital Prepress Section
Copy Preparation Unit

**Present Job (Title/Grade):** Offset Stripper

**Position Title/Grade:** Head Deskperson
KA-4413-00

**Section I** — If employee has shown at least barely acceptable ability, check how good he/she is in each element for the job to be filled.

**Section II** — If employee has not yet shown ability in the element, estimate his potential for the job to be filled.

| Ability or Job Elements Needed in the Job to Be Filled (See Crediting Plan for more information about each Element.) | Superior (4) | Satisfactory (3) | Barely Acceptable | Potentially Superior (3) | Potentially Satisfactory | Weak – of some value | Of No Value (0) | Cannot Judge (1½) | Point Values |
|---|---|---|---|---|---|---|---|---|---|
| 1. Ability to lead employees and direct work. | | | | Y | | | | | 2 |
| 2. Ability to understand technical data in order to solve problems, meet deadlines, and keep abreast of all new developments in the industry. | | Y | | | | | | | 3 |
| 3. Knowledge of the procedures, processes, and workflow of the Digital Prepress Section. | | Y | | | | | | | 3 |
| 4. Ability to communicate effectively both orally and in writing. | | Y | | | | | | | 3 |
| 5. Ability to check work, insure instructions have been met, assure that safety and housekeeping rules are followed, and insure that deadlines are followed. | | | | | Y | | | | 2 |

**Rater:** KTK
**Title:** HR Spec   **Date:** 06/29/04

**Reviewing supervisor (as appropriate)**
Title: _____   Date: _____

**Personnel Reviewer:** _____
Title: _____   Date: _____

**Total Points:** 13
**Rating:** Q

X  **Meets Requirements**
   At least 2 points on the screen out element
   Total score = 2 x number of elements or better

___ **Does Not Meet Requirements**
   Less than 2 points on the screen-out element
   Total score less than 2 x number of elements

Form Approved
OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

1. Job Title in announcement  2. Grade(s) applying for  3. Announcement Number

**Head Deskperson**                                        04-161

4. Last Name     First and Middle Name     5. Social Security Number

**Hairsine, Jack Richard**                   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

6. Mailing Address

                                             7. Phone Numbers
**1141 McHenry Drive**                       **(410)859-8089-home**
**Glen Burnie, Maryland 21061**              **(202)512-0618-work**

8. WORK EXPERIENCE

1) Job Title: **Offset Stripper**

From: **8/84**     To: **Present**     Salary:          Hours Per Week: **40**

Employer's Name and Address              Supervisor's name and phone number:

**U.S. Government Printing Office**      **William Milans**
**732 North Capitol Street**             **(202)512-0618**
**Washington, DC 20401**

Describe your duties and accomplishments:

My duties consist of preparing camera copy for plant and commercial production. I inspect and certify processed reproducibles that are returned by government and commercial contractors. I am also responsible for the processing and printing of Congressional jobs such as Hearings and Bills, Comparative Prints for proof out production. In addition, I worked in the Patent Unit of the Copy Preparation Unit, my duties performed there was to prepare and assemble department manuscript with Patents for makeup, processing proofs correction

1

and forwarding all OK camera copy to contractor for printing. In addition to the Patent work, I assisted in working Congressional jobs received from EPD and was instrumental in providing efficient solution to problems encountered on both patents and Congressional jobs. I am also responsible for completing of jobs left by day shift that are require immediate attention. I also inform the Assistant Foreperson of the status of all jobs that have be processed in the section.

In addition, my duties include processing and completing all digital and computer manuscript into files for direct-to-plate processing. I have trained on the incoming desk on all three shifts. This training consisted of working with supervisors of other areas within the division. In assisted in locating, advising and discussing better ways to complete all phases of the jobs that were processed in Copy Prep. I have also taken courses on the computer such as Windows 2000, Acrobat, and Photo-Shop. I have also worked the proof-out copy to agencies and Congress. I set files on the computer to go directly to the Plate Room and other areas for the completion of my assigned task.

May we contact your supervisor:  **YES**

Education:

**Southern High School Graduate (1967)
Baltimore, Maryland
6-year Apprentice Program for Journeyman Printer**

Training Classes:

**Computer Classes**

Windows 2000 (Certificate Received)
Acrobat (Certificate Received
Photo-Shop (Certificate Received

2

**Other Qualifications:**

I have worked all three shifts and I have the knowledge of different work schedules and assignments for each shift. I have also worked with supervisors throughout the agency to ensure the completion of work being processed in the Copy Prep Unit. I also serve as an EEO Representative and as Union Representative.

**Awards:**

Outstanding Performance Award (1978, 1979, and 1980)

**Organization Affiliations:**

Member of Severna Park Elks
American Legion
Veterans of Foreign War

**References:**

| | | |
|---|---|---|
| Fletcher Ruffin | GPO | 512-0625 |
| Emanuel Botto | GPO | 512-0625 |
| Albert McLaughlin | GPO | 512-0625 |

Are you a U.S. citizen: **YES**

Do you claim veteran preference: **YES**

Were you ever a Federal civilian employee: **YES**

Are you eligible for reinstatement based on career or career-conditional Federal status? **YES**

Applicant Certification

I **certify** that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I **understand** that false or fraudulent information on or attached to this application may be grounds for not hiring me or for firing me after I begin work, and may be punishable by fine or imprisonment. I **understand** that any information I give may be investigated.

Signature _Jack R Harrison_ (signature)    Date Signed _6-5-04_

3

Attachment A

Jack Richard Hairsine
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

**Head Deskperson Ranking Factors**

### 1. Ability to lead employees and direct work.

In my current position, I serve as an Offset Stripper and I occasionally volunteered as the Head Deskperson for the second shift. In this position, I am responsible for directing the flow of work while directing the offset strippers in the section to accomplish the pressing deadlines. In this position, I also had to log in all jobs that came in from other sections. I had to use the PEPS (Production Estimating Planning System to locate and close out all completed work.

### 2. Ability to understand technical data in order to solve problems, meet deadlines, and keep abreast of all new developments in the industry.

Also, while serving as the Acting Head Deskperson, I am require to work with the Federal Register and other various House Appropriations that call for immediate handling within the section. My responsibility is to make assignments and manpower adjustments necessary whereby Reports, Bills and other rush jobs are not delayed with the section. I also had to work all areas of production, my responsibility was to ensure that all jobs on the HOT SHEET received top priority and that they were complete in a timely fashion.

### 3. Knowledge of the procedures, processes, and workflow of the Digital Prepress Section.

While serving as the Acting Head Deskperson, I received work and schedules from other sections within the division. My responsibility is to enter this information into the computer system to be worked. I then assign the employees that I will need to complete the job. Once the jobs are completed in then enter this information in the system to ensure that every section that is involve in the process of the job is aware of the status. In addition, I work on the daily HOT SHEET to make sure that this work gets top priority. I also maintain a line of communications with other supervisors to ensure that the work is being processed in a timely fashion.

4

### 4. *Ability to communicate effectively both orally and in writing.*

Because of my knowledge of the printing procedures within the Copy Preparation Section, I have the ability to communicate both orally and in writing when performing my daily assignments. When I am call to give specific details about certain jobs, I am require to write some of these details with using proper diction to the oncoming shift supervisors so that they will have a greater understanding as to what is to be expected of them.

### 5. *Ability to check work to insure that instructions have been met, assure that safety and housekeeping rules are followed, and insure that deadlines are followed.*

I have the ability to check work to insure that all instructions have been met. I also assure that all safety and housekeeping rules are followed daily by reminding employees of the precautionary measures that they need to be aware of within the proximity of the section. On a day-to-day basis, I am responsible for planning and organizing the work activities of the Copy Preparation Unit in doing so the pressing schedules and deadlines are met. Also, while working in this capacity, I made sure that the manpower shortage would cause a conflict within the work assignments of the other employees.

GPO Form 2970
(R 10-86)

**UNITED STATES GOVERNMENT PRINTING OFFICE**
# EMPLOYEE PERFORMANCE RATING

NAME: HAIRSINE, JACK R

TITLE: OFFSET STRIPPER

GRADE/STEP: 00/00

EMPLOYEE NO.: EMP.NO. 38480

DIVISION/SECTION/SHIFT:
PRODUCTION DEPARTMENT
ELEC PHOTOCOMPOSITION DIVISION
DIGITAL PREPRESS SECTION
COPY PREPARATION UNIT         5520

PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING THIS FORM.

PERFORMANCE RATINGS FOR INDIVIDUAL ELEMENTS

| JOB ELEMENTS | "C"/"N" | JOB ELEMENT RATING | | |
|---|---|---|---|---|
| | | O | FS | U |
| No. 1 | C | ☒ | ☐ | ☐ |
| No. 2 | C | ☒ | ☐ | ☐ |
| No. 3 | C | ☒ | ☐ | ☐ |
| No. 4 | N | ☒ | ☐ | ☐ |
| No. 5 | N | ☒ | ☐ | ☐ |
| No. 6 | | ☐ | ☐ | ☐ |
| No. 7 | | ☐ | ☐ | ☐ |
| No. 8 | | ☐ | ☐ | ☐ |

SUMMARY RATING FOR THE PERIOD OF 10/1/2001 THROUGH 9/30/2002.

☒ Level 5 (OUTSTANDING)    ☐ Level 4 (EXCELLENT)    ☐ Level 3 (FULLY SUCCESSFUL)    ☐ Level 2 (MARGINAL)    ☐ Level 1 (UNACCEPTABLE)

SIGNATURES:

SUPERVISOR: [signature] S. M[...] Group Chief 11/18/02
NAME, TITLE, AND DATE

REVIEWERS: [signature] Frederick N. Hall [signature] 11/22/02
NAMES, TITLES, AND DATES                                    BUDGET OFFICIAL

EMPLOYEE: [signature] Jack Hairsine 12-13-02
NAME AND DATE

PART 3 - EMPLOYEE COPY