**GPO**
U.S. GOVERNMENT PRINTING OFFICE
KEEPING AMERICA INFORMED

**MERIT PROMOTION Vacancy Announcement**

|  |  |
|---|---|
| ANNOUNCEMENT NUMBER: | 04-163 |
| POSITION: | Group Chief |
| SERIES/GRADE: | KA-4416-00 |
| SALARY RANGE: | $33.95 PH Plus 10% Night Rate |
| ISSUE DATE: | 06/04/04 |
| CLOSING DATE: | 06/16/04 |
| NUMBER OF VACANCIES: | One |
| ORGANIZATION: | Production Department<br>Electronic Photocomposition Division<br>Digital Prepress Section<br>Copy Preparation Unit |
| GEOGRAPHIC LOCATION: | Washington, DC |
| PROMOTION POTENTIAL: | None |
| DURATION OF APPOINTMENT: | Permanent |
| TOUR OF DUTY: | Shift 3 |
| OPM NOTICE OF RESULTS REQUIRED: | No |
| CIVIL SERVICE STATUS REQUIRED: | Yes |
| AREA OF CONSIDERATION: | Permanent GPO Employees |

**SUMMARY OF DUTIES/RESPONSIBILITIES:**
Under the immediate supervision of the Foreperson and/or Assistant Foreperson the incumbent assigns and supervises employees of the Digital Prepress Section, Copy Preparation Unit. Plans and assigns work in accordance with standard practices or special instructions in the unit. Specifically, the work involves the following duties: Maintains work assignment rosters and other appropriate work lists to show location of work disposition, and elapsed time. Coordinates work with other units as necessary; and reports on workload and status of trademarks/notices, and congressional work. Reviews work procedures and techniques of individual employees as it relates to timeliness and economical methods of processing. Assists in training by providing technical assistance and recommendations when applicable. Schedules leave requests for approval by superior. Evaluates employees and makes formal appraisals of their work performance. Determines training requirements and recommends training needed to superior. Counsels employees, and attempts to resolve complaints and grievances through discussions at the informal level. Nominates employees for awards and initiates disciplinary action as needed. Enforces regulations and rules on housekeeping, conduct, and safety. Maintains production reports and records (i.e., spoilage, production variance, and safety). Performs other related duties as assigned.

**QUALIFICATIONS:** Applicants must have completed a formal, recognized apprenticeship or Government Printing Office journeyperson training program, or possess substantially equivalent practical experience in the trade of the vacancy. In addition, applicants must have at least two years of subsequent journeyperson experience and have served at least one year in the Government Printing Office under a career or career-conditional appointment.

**NOTE 1:** Selectee may also be subject to serving a one year probationary period as prescribed by GPO Instruction 610.9A, "Probationary Period for Newly Appointed Managers and Supervisors."

**NOTE 2:** This position requires a security clearance. If the selectee does not currently possess a security clearance, he/she will be promoted on a temporary basis not to exceed one year pending the completion of a full field investigation and clearance.

**RANKING FACTORS:** *(Applicants who meet the above qualification requirements will be rated on the basis of relevant experience, education, training, supervisory appraisal, job-related awards, and the factors listed below. Applicants should be specific in documenting these areas in their application materials.)*

**CONTINUED ON REVERSE SIDE**

GPO Form 2970
(R 10-86)

# UNITED STATES GOVERNMENT PRINTING OFFICE
## EMPLOYEE PERFORMANCE RATING

| NAME | | DIVISION/SECTION/SHIFT: |
|---|---|---|
| HAIRSINE, JACK R | | PRODUCTION DEPARTMENT |
| TITLE | | ELEC PHOTOCOMPOSITION DIVISION |
| OFFSET STRIPPER | | DIGITAL PREPRESS SECTION |
| | | COPY PREPARATION UNIT |
| GRADE/STEP | EMPLOYEE NO. | |
| 00/00 | EMP. NO. 38480 | 5520 |

PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING THIS FORM.

PERFORMANCE RATINGS FOR INDIVIDUAL ELEMENTS

| JOB ELEMENTS | "C"/"N" | O | FS | U |
|---|---|---|---|---|
| No. 1 | C | ☒ | ☐ | ☐ |
| No. 2 | C | ☒ | ☐ | ☐ |
| No. 3 | C | ☒ | ☐ | ☐ |
| No. 4 | N | ☒ | ☐ | ☐ |
| No. 5 | N | ☒ | ☐ | ☐ |
| No. 6 | | ☐ | ☐ | ☐ |
| No. 7 | | ☐ | ☐ | ☐ |
| No. 8 | | ☐ | ☐ | ☐ |

JOB ELEMENT RATING

SUMMARY RATING FOR THE PERIOD OF 10/1/2001 THROUGH 9/30/2002.

- ☒ Level 5 (OUTSTANDING)
- ☐ Level 4 (EXCELLENT)
- ☐ Level 3 (FULLY SUCCESSFUL)
- ☐ Level 2 (MARGINAL)
- ☐ Level 1 (UNACCEPTABLE)

SIGNATURES:

SUPERVISOR: _[signed]_ S. M/chy Group Chief 11/10/02
NAME, TITLE, AND DATE

REVIEWERS: _[signed]_ Judaith D. Hill [signed] 1/22/02
NAMES, TITLES, AND DATES                                    BUDGET OFFICIAL

EMPLOYEE: _Jack Hairsine_ 12-13-02
NAME AND DATE

Form Approved
OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

1. Job Title in announcement

**Group Chief**

2. Grade(s) applying for

3. Announcement Number

**04-163**

4. Last Name    First and Middle Name

**Hairsine, Jack Richard**

5. Social Security Number

**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**

6. Mailing Address

**1141 McHenry Drive
Glen Burnie, Maryland 21061**

7. Phone Numbers

**(410)859-8089-home
(202)512-0618-work**

8. WORK EXPERIENCE

1) Job Title: **Offset Stripper**

From: **8/84**    To: **Present**    Salary:    Hours Per Week: **40**

Employer's Name and Address

**U.S. Government Printing Office
732 North Capitol Street
Washington, DC 20401**

Supervisor's name and phone number:

**William Milans
(202)512-0618**

Describe your duties and accomplishments:

**My duties consist of preparing camera copy for plant and commercial production. I inspect and certify processed reproducibles that are returned by government and commercial contractors. I am also responsible for the processing and printing of Congressional jobs such as Hearings and Bills, Comparative Prints for proof out production. In addition, I worked in the Patent Unit of the Copy Preparation Unit, my duties performed there was to prepare and assemble department manuscript with Patents for makeup, processing proofs correction**

1

and forwarding all OK camera copy to contractor for printing. In addition to the Patent work, I assisted in working Congressional jobs received from EPD and was instrumental in providing efficient solution to problems encountered on both patents and Congressional jobs. I am also responsible for completing of jobs left by day shift that are require immediate attention. I also inform the Assistant Foreperson of the status of all jobs that have be processed in the section.

In addition, my duties include processing and completing all digital and computer manuscript into files for direct-to-plate processing. I have trained on the incoming desk on all three shifts. This training consisted of working with supervisors of other areas within the division. In assisted in locating, advising and discussing better ways to complete all phases of the jobs that were processed in Copy Prep. I have also taken courses on the computer such as Windows 2000, Acrobat, and Photo-Shop. I have also worked the proof-out copy to agencies and Congress. I set files on the computer to go directly to the Plate Room and other areas for the completion of my assigned task.

May we contact your supervisor:  **YES**

Education:

**Southern High School Graduate (1967)
Baltimore, Maryland
6-year Apprentice Program for Journeyman Printer**

Training Classes:

**Computer Classes**

Windows 2000 (Certificate Received)
Acrobat  (Certificate Received
Photo-Shop (Certificate Received

2

**Other Qualifications:**

I have worked all three shifts and I have the knowledge of different work schedules and assignments for each shift. I have also worked with supervisors throughout the agency to ensure the completion of work being processed in the Copy Prep Unit. I also serve as an EEO Representative and as Union Representative.

**Awards:**

Outstanding Performance Award (1978, 1979, and 1980)

**Organization Affiliations:**

Member of Severna Park Elks
American Legion
Veterans of Foreign War

**References:**

| | | |
|---|---|---|
| Fletcher Ruffin | GPO | 512-0625 |
| Emanuel Botto | GPO | 512-0625 |
| Albert McLaughlin | GPO | 512-0625 |

Are you a U.S. citizen: **YES**

Do you claim veteran preference: **YES**

Were you ever a Federal civilian employee: **YES**

Are you eligible for reinstatement based on career or career-conditional Federal status? **YES**

Applicant Certification

**I certify** that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I **understand** that false or fraudulent information on or attached to this application may be grounds for not hiring me or for firing me after I begin work, and may be punishable by fine or imprisonment. I **understand** that any information I give may be investigated.

Signature _Jack R Hausine_ (signature)    Date Signed _6/8/04_

3

Attachment A

Jack Richard Hairsine
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

**Head Deskperson Ranking Factors**

*1. Ability to lead employees and direct work.*

In my current position, I serve as an Offset Stripper and I occasionally volunteered as the Head Deskperson for the second shift. In this position, I am responsible for directing the flow of work while directing the offset strippers in the section to accomplish the pressing deadlines. In this position, I also had to log in all jobs that came in from other sections. I had to use the PEPS (Production Estimating Planning System to locate and close out all completed work.

2. *Ability to check work to insure that instructions have been met, assure that safety and housekeeping rules are followed, and insure that deadlines are followed.*

I have the ability to check work to insure that all instructions have been met. I also assure that all safety and housekeeping rules are followed daily by reminding employees of the precautionary measures that they need to be aware of within the proximity of the section. On a day-to-day basis, I am responsible for planning and organizing the work activities of the Copy Preparation Unit in doing so the pressing schedules and deadlines are met. Also, while working in this capacity, I made sure that the manpower shortage would cause a conflict within the work assignments of the other employees.

3. *Knowledge of the procedures, processes, and workflow of the Digital Prepress Section.*

While serving as the Acting Head Deskperson, I received work and schedules from other sections within the division. My responsibility is to enter this information into the computer system to be worked. I then assign the employees that I will need to complete the job. Once the jobs are completed in then enter this information in the system to ensure that every section that is involve in the process of the job is aware of the status. In addition, I work on the daily HOT SHEET to make sure that this work gets top priority. I also maintain a line of communications with other supervisors to ensure that the work is being processed in a timely fashion.

4

4. **<u>Ability to communicate effectively both orally and in writing.</u>**

Because of my knowledge of the printing procedures within the Copy Preparation Section, I have the ability to communicate both orally and in writing when performing my daily assignments. When I am call to give specific details about certain jobs, I am require to write some of these details with using proper diction to the oncoming shift supervisors so that they will have a greater understanding as to what is to be expected of them.

5. **<u>Ability to understand technical data in order to solve problems, meet deadlines, and keep abreast of all new developments in the industry.</u>**

Also, while serving as the Acting Head Deskperson, I am require to work with the Federal Register and other various House Appropriations that call for immediate handling within the section. My responsibility is to make assignments and manpower adjustments necessary whereby Reports, Bills and other rush jobs are not delayed with the section. I also had to work all areas of production, my responsibility was to ensure that all jobs on the HOT SHEET received top priority and that they were complete in a timely fashion.