OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT – OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

**1 Job title in announcement**
Group Chief

**2 Grade(s) applying for**
KA-4416-00

**3 Announcement number**
04-163

**4 Last name**
Brown

**First and middle names**
Charles   B

**5 Social Security Number**
239 - 84 – 4190

**6 Mailing address**
9405 Hale Drive

**City**
Clinton

**State**
MD

**ZIP Code**
20735 -

**7 Phone numbers (include area code)**
Daytime      (301) 868  6445
Evening      (301) 868  6445

## WORK EXPERIENCE

**8** Describe your paid and nonpaid work experience related to the job for which you are applying. Do not attach job descriptions.

Job title (if Federal, include series and grade)
1) Digital PrePress Operator/Offset Stripper

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 11 2003 | 06 2001 | $67,000 | year | 40 |

Employer's name and address
Government Printing Office
N. Capitol & H Street N.E.
Washington, D.C. 20536

Supervisor's name and phone number
Mr. Fred Hall

(202) 512 0618

Describe your duties and accomplishments
See Attachment A

Job title (if Federal, include series and grade)
2)

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 06 2001 | 07 1986 | $62,000 | year | 40 |

Employer's name and address
Government Printing Office
N. Capitol & H. Street N.W.
Washington, D.C. 20536

Supervisor's name and phone number
Mr. Fred Hall

(202) 512 0618

Describe your duties and accomplishments

9  May we contact your current supervisor?
   YES ☒   NO ☐ ➡ If we need to contact your current supervisor before making an offer, we will contact you first.

## EDUCATION

10 Mark highest level completed.  Some HS ☐  HS/GED ☒  Associate ☐  Bachelor ☐  Master ☐  Doctoral ☐

11 Last high school (HS) or GED school. Give the school's name, city, State, ZIP Code (if known), and year diploma or GED received.
   Dunbar High School
   East Spencer, North Carolina   1968

12 Colleges and universities attended. Do not attach a copy of your transcript unless requested.

| Name | Total Credits Earned Semester / Quarter | Major(s) | Degree (if any) - Year Received |
|---|---|---|---|
| 1) Prince Georges' Community College  City: Largo  State: MD  ZIP Code: 20774- | 16 | Computer | |
| 2) | | | |
| 3) | | | |

## OTHER QUALIFICATIONS

13 Job-related training courses (give title and year). Job-related skills (other languages, computer software/hardware, tools, machinery, typing speed, etc. Job-related certificates and licenses (current only). Job-related honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards.) Give dates, but do not send documents unless requested.

Outstanding Performance Appraisal 2003, 2002, 2001, 2000,       Introduction to Adobe Acrobat 5

Direct to Plate Union School

Scanner, Adobe, Desk Scanner

Security Clearance

Certificate of Training (Scanning Seminar)

Digital PrePress

## GENERAL

14 Are you a U.S. citizen?   YES ☒   NO ☐ ➡ Give the country of your citizenship.  U.S.A.

15 Do you claim veterans' preference?   NO ☐   YES ☒ ➡ Mark your claim of 5 or 10 points below.
   5 points ☒ ➡ Attach your DD 214 or other proof.
   10 points ☐ ➡ Attach an Application for 10-Point Veterans' Preference (SF 15) and proof required.

16 Were you ever a Federal civilian employee?   NO ☐   YES ☒ ➡ For highest civilian grade give:
   Series: 12/8   Grade: 11   From (MM/YY): 2003   To (MM/YY): 06 1986

17 Are you eligible for reinstatement based on career or career-conditional Federal status?
   NO ☐   YES ☒ ➡ If requested, attach SF 50 proof.

## APPLICANT CERTIFICATION

18 I certify that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

SIGNATURE  *Charles Brown*

DATE SIGNED  6-16-4

Announcement #04-163

## Attachment A

As of now I am Head Scanner on third shift in the Digital Prepress Section. I assembly Copy of the Federal Register; Congressional Report; Department Camera Copy so that they are quickly scanned for process and logged into the PEPS system with the correct date, pagination, quantity with proper scanning dates for publishing and delivery based on EPD and the Departments schedule.

I am qualified to answer queries about locations and conditions of jobs so that they are processed back to the Department for publishing. I am responsible for placing incoming jobs in order based on the dates that the jobs should be schedule and delivered. I make corrections of PDF, TIF files for direct plate for printing.

I possess knowledge of Post Script and Out Put devices and Post Script Page description language. I work with EPD and Graphic System to find the procedure to complete the job. I have knowledge in Photo Shop in profiles scanning monitors and printing ability to know if duotones are going to be good and how to work with GPO problem images. I also posses the knowledge of the setup and the use of TIF & PDF Files of desktop publishing applications software.

I have knowledge of Black and White Scanning and how to Optimize Black and White Images and how to correct them.

Throughout my career I have relied heavily to effectively communicate orally and in writing including the ability to develop and conduct jobs in ACROBAT 7.1. I have demonstrated this in every position that I have held to date. I have attended classes to that effect.

In addition to these duties I assemble all types of printing media: (art-transparencies, mechanical, repros-reprint copy-print-plates progressive proofs-film negatives-manuscript or other) to make a satisfactory finished book, brochure, pamphlet or form as ordered by department. I inspect-size evaluate-prepare camera copy to meet Quality Assurance Standards. I examine Departments O.K. proofs for corrections. I advance work to the next production areas on schedule. I consult with supervisors on doubts as to the customers request. I demonstrate a full working knowledge of all job-handling procedures. The jobs I handle must meet the schedule time no less than 90%. I follow jacket instructions, department req., spec. sheets, print orders, A.J.I.S. and memo. I verify trim size, type of binding and punching, form numbers. I determine correct margins. I am also responsible for keying in illustration to text, mount proofs, provide bleed, cropping, color breaks, tone overlay and registration controls. I determine whether jobs need doc line, prices and other printing identifications. I prepare data sheets of ally types as required. I inspect negatives for reprint quality standards. I order films, prints,

proofs, type of correct fac fonts. I create or supply missing elements of art or copy. I also make accurate records of all work or movement of materials on a section control card.

I am responsible to perform the following duties for the Security Room of the Copy Preparation Section, Press Division of the Production Department. At the beginning of my shift I am responsible for unlocking the outer doors, work assignment safe, employees security badge cabinet. Once the motion detectors are activated I am responsible for deactivating the security system. I am required to inform the GPO Uniformed Police Staff to identify myself. After ensuring that I have met all of the security requirements that are set by GPO rules and regulations to assure that all of production equipment is functioning properly such as the wax machine. My next area of concern is to give a daily report of work for production plant/commercial. I distribute and review Negative and Plate Section work Jackets to the Press Section. Material samples cic, dummies, etc. to be receipt to Negative, Plate, Press or Bindery, if needed. All secret material will be stored in safe until returned. Confidential stored in locked cabinets. I receive classified work from Government Agency's throughout OPM (secret) DARAD (confidential, Official used only or control items). They are picked up with Jackets which will be reviewed as all classified camera copy to stay in copy prepare security, Manuscript copy forward with Data Sheet if needed. I forward Negative Section Dylux and through Copy Preparation Xerox and EPD Proofs are wrapped according to Government Printing Office Security Regulations. All queries that include Negative Section, Plate Section, and Press Sections are handled by myself. Also there are times when I am called to the OPM DARAD to advise the Department of the status of a job.

Announcement #04-163
Attachment B

I assemble all types of printing media: (art-transparencies, mechanical, repros-reprint copy-print – plates progressive proofs – film negatives-manuscript or other) to make a satisfactory finished book, brochure, pamphlet or form as ordered by the department. I inspect-size evaluate-prepare camera copy to meet Quality Assurance Standards. I examine Departments O.K. proofs for corrections. I advance work to the next production areas on schedule. I consult with supervisors on doubts as to the customers request. I demonstrate a full working knowledge of all job-handling procedures. The jobs I handle must meet the schedule time no less then 90%. I follow jacket instructions, department req., spec. sheets, print orders, A.J.I.S. and memo. I verify trim size, type of binding and punching, form numbers. I determine correct margins. I am also responsible for keying in illustration to text, mount proofs, provide bleed, cropping, color breaks, tone overlay and registration controls. I determine whether jobs need doc. Lines, prices and other printing identifications. I prepare data sheets of all types a required. I inspect negatives for reprint quality standards. I order films, print, proofs, types of correct fac fonts. I create or supply missing elements of art or copy. I also make accurate records of all work or movement of materials on a section control card.

I am responsible to perform the following duties for the Security Room of the Copy Preparation Section, Press Division of the Production Department. At the beginning of my shift I am responsible for unlocking the outer doors, work assignment safe, employee's security badge cabinet. Once the motion detectors are activated I am responsible for deactivating the security system. I am required to inform the GPO Uniformed Police Staff to identify myself. After ensuring that I have met all of the security requirements that are set by GPO rules and regulations to assure that all of production equipment is functioning properly such as the wax machine. My next area of concern is to give a daily report of work for production plant/commercial. I distribute and review negative and Plate section work jackets to the Press Section. Material samples, cic, dummies, etc. to be receipt to negative, plate, press or bindery, if needed. All secret material will be stored in safe until returned. Confidential Stored in locked cabinets. I receive classified work from Government Agency throughout OPM (secret) DARAD (confidential, Official used only or control items. They are picked up with Jackets which will be reviewed as all classified camera copy to stay in copy prepare security, Manuscript copy forward with Data Sheet if needed. I forward negative section Dylux and through Copy Preparation Xerox and EPD Proofs are wrapped according to Government Printing Office Security Regulations. All queries that include Negative Section, Plate Section, and Press Sections are handled by myself. Also there are times when I am called to the OPM DARAD to advise the Department on the status of the job. Other printing functions handled through the security room, U.S. Postal Service.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME | CHARLES R BROWN | | GRADE RATE OR RANK | SP-4 | PAY GRADE E-4 | DATE OF RANK | 16 MAR 70 |
| | | | | | | DATE OF BIRTH | 12 OCT 50 |

SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE: SALISBURY, NC

LB NO 81 SALISBURY, NC

DATE INDUCTED: NA

STATION OR INSTALLATION AT WHICH EFFECTED: FT LEONARD WOOD, MO

TYPE OF TRANSFER OR DISCHARGE: TRF TO USAR (SEE 16)

EFFECTIVE DATE: 29 OCT 71

REASON AND AUTHORITY: SEC VI CH 2 AR 635-200 SPN 201 EXPIRATION OF TERM OF SVC

CHARACTER OF SERVICE: HONORABLE

TYPE OF CERTIFICATE ISSUED: NONE

LAST DUTY ASSIGNMENT AND MAJOR COMMAND: 12TH TRANS CO USATC ENGR 5TH USA

REENLISTMENT CODE: RE-3C

DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED: TRF TO USAR CONT GP (REINF) USARCPAC ST LOUIS, MO

TERMINAL DATE OF RESERVE OBLIGATION: 31 OCT 74

SOURCE OF ENTRY: ☒ ENLISTED (First Enlistment) ☐ ENLISTED (Prior Service) ☐ REENLISTED

TERM OF SERVICE: 3

DATE OF ENTRY: 1 NOV 68

PRIOR REGULAR ENLISTMENTS: NONE

GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC: PV-1

PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE: CHARLOTTE, NC

STATEMENT OF SERVICE:

| | YEARS | MONTHS | DAYS |
|---|---|---|---|
| (1) NET SERVICE THIS PERIOD | 2 | 11 | 29 |
| (2) OTHER SERVICE | 0 | 0 | 0 |
| (3) TOTAL (Line (1) plus Line (2)) | 2 | 11 | 29 |
| TOTAL ACTIVE SERVICE | 2 | 11 | 29 |
| FOREIGN AND/OR SEA SERVICE USARPAC | 1 | 1 | 0 |

HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE: PO BOX 51 EAST SPENCER ROWAN, N.C. 28039

SPECIALTY NUMBER & TITLE: 76Y20 ARMOR/UNIT SUP SP

RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER: NA

DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED:
NDSM
AFEM (KOREA)
EX QUAL BAD M16

EDUCATION AND TRAINING COMPLETED:
USA-6 WKS 69-SUPPLY CRSE
USA-1 WK 69-RADAR OPERATORS SCHOOL
ATP 21-114
CODE OF CONDUCT
CBR TNG
UCMJ

NON-PAY PERIODS TIME LOST (Preceding Two Years): NONE

DAYS ACCRUED LEAVE PAID: NONE

INSURANCE IN FORCE (NSLI or USGLI): ☐ YES ☒ NO

AMOUNT OF ALLOTMENT: NA

MONTH ALLOTMENT DISCONTINUED: NA

VA CLAIM NUMBER: NA

SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE: ☐ $10,000 ☐ $5,000 ☒ $15,000

REMARKS:
EDUC: 12 YRS
BLOOD GROUP: "O"
CH 4 AR 600-200 APPLIES

PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE: SEE 21

SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED: Charles R Brown

TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER: . H. PARKER CPT AGC ASST AG

ARMED FORCES OF THE UNITED STATES
REPORT OF TRANSFER OR DISCHARGE

GPO: 1969-351-112

GPO Form 2970
(R 10-86)

# UNITED STATES GOVERNMENT PRINTING OFFICE
## EMPLOYEE PERFORMANCE RATING

NAME: BROWN, CHARLES O

TITLE: OFFSET STRIPPER

GRADE/STEP: 00/00

EMPLOYEE NO. / EMP. NO. 10491

DIVISION/SECTION/SHIFT:
PRODUCTION DEPARTMENT
ELEC PHOTOCOMPOSITION DIVISION
DIGITAL PREPRESS SECTION
COPY PREPARATION UNIT
5530

PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING THIS FORM.

## PERFORMANCE RATINGS FOR INDIVIDUAL ELEMENTS

| JOB ELEMENTS | "C"/"N" | O | FS | U |
|---|---|---|---|---|
| No. 1 | C | ☒ | ☐ | ☐ |
| No. 2 | C | ☒ | ☐ | ☐ |
| No. 3 | C | ☒ | ☐ | ☐ |
| No. 4 | N | ☒ | ☐ | ☐ |
| No. 5 | N | ☒ | ☐ | ☐ |
| No. 6 |  | ☐ | ☐ | ☐ |
| No. 7 |  | ☐ | ☐ | ☐ |
| No. 8 |  | ☐ | ☐ | ☐ |

SUMMARY RATING FOR THE PERIOD OF 10-1-01 THROUGH 9-30-02

- ☒ Level 5 (OUTSTANDING)
- ☐ Level 4 (EXCELLENT)
- ☐ Level 3 (FULLY SUCCESSFUL)
- ☐ Level 2 (MARGINAL)
- ☐ Level 1 (UNACCEPTABLE)

SIGNATURES:

SUPERVISOR: _Cregia L. Clovett_ GROUP CHIEF 11-18-02
NAME, TITLE, AND DATE

REVIEWERS: _Frederick L. Hall, Superviser 11/22/02_
NAMES, TITLES, AND DATES                                      BUDGET OFFICIAL

EMPLOYEE: _Charles Brown_ 11-22-02
NAME AND DATE

**U.S. GOVERNMENT PRINTING OFFICE**
**EMPLOYEE PERFORMANCE PLAN**

Page 1 of 2

GPO Form 2969

| NAME | Payroll Number | DIVISION | SECTION | SHIFT |
|---|---|---|---|---|
| Brown, Charles B. | 10491 | E.P.D. | Digital Prepress Section<br>Copy Preparation Unit | 5530 |
| TITLE<br>OFFSET STRIPPER | PAY PLAN | GRADE<br>00 | | |

PLEASE READ THE ATTACHED INSTRUCTIONS BEFORE COMPLETING THIS FORM.

**[C] JOB ELEMENT 1**
Handle all work according to Copy Prep's manual of procedures.

**FULLY SUCCESSFUL STANDARD**
Assemble all types of Printing Media: (art-transparencies, mechanical, repros-reprint copy-prints-plates progressive proofs-film negatives-manuscript or other) to make a satisfactory finished book, brochure, pamphlet or form as ordered by department. Inspect-size evaluate-prepare camera copy to meet Quality Assurance Standards. Examine Department's O.K.proofs for corrections. Advance work to the next production areas on schedule. Consult with Supervisors on doubts as to the customer's request. Demonstrate a full working knowledge of all job-handling procedures. Jobs handled must meet schedules 90% of the time to be fully satisfactory. There can be no more than two instances where jobs are returned because of errors over a 12-month period.

**[C] JOB ELEMENT 2**
Follow instructions on Work Jackets and Department's O.K. Proofs.

**FULLY SUCCESSFUL STANDARD**
Follows jacket instructions, department req., spec. sheets, print orders, A.J.I.S. and memo. Verifies trim size, type of binding and punching, form numbers. Determine correct margins; to be fully satisfactory there can be no more than two Departmental Job Spoilage Reports from the Production Manager's Office over a 12-month period.

**[C] JOB ELEMENT 3**
Size Copy-Art-Mechanical; rule forms, charts and graphs - determine all job formats precisely - inspect negs., prep manuscript copy - order type.

**FULLY SUCCESSFUL STANDARD**
Key in illustration to text, mount proofs, provide bleed, cropping, color breaks, tone overlays and registration controls. Determine whether job needs doc. lines, prices and other printing identifications. Preparing data sheets of all types as required. Inspect negatives for reprint quality standards. Order films, print, proofs, type of correct face fonts. Create or supply missing elements of art or copy. There should be no more than three instances of defective workmanship in a 12-month period.

SIGNATURES (NAME, TITLE, AND DATE)

SUPERVISOR  *Craig A. Clagett*  11/18/02

REVIEWER  *Frederick G. Hall Ferguson*  11/22/02

EMPLOYEE  *Charles Brown*  11/22/02

Original-Employment Branch          Copy-Supervisor          Copy-Employee

U.S. GOVERNMENT PRINTING OFFICE
EMPLOYEE PERFORMANCE PLAN

Page 1 of 2

GPO Form 2969

| NAME | Payroll Number | DIVISION | SECTION | SHIFT |
|---|---|---|---|---|
| Brown, Charles B. | 10491 | E.P.D. | Digital Prepress Section<br>Copy Preparation Unit | 5530 |
| TITLE<br>OFFSET STRIPPER | PAY PLAN | GRADE<br>00 | | |

PLEASE READ THE ATTACHED INSTRUCTIONS BEFORE COMPLETING THIS FORM.

**[C] JOB ELEMENT 1**
   Handle all work according to Copy Prep's manual of procedures.

**FULLY SUCCESSFUL STANDARD**
Assemble all types of Printing Media: (art-transparencies, mechanical, repros-reprint copy-prints-plates progressive proofs-film negatives-manuscript or other) to make a satisfactory finished book, brochure, pamphlet or form as ordered by department. Inspect-size evaluate-prepare camera copy to meet Quality Assurance Standards. Examine Department's O.K. proofs for corrections. Advance work to the next production areas on schedule. Consult with Supervisors on doubts as to the customer's request. Demonstrate a full working knowledge of all job-handling procedures. Jobs handled must meet schedules 90% of the time to be fully satisfactory. There can be no more than two instances where jobs are returned because of errors over a 12-month period.

**[C] JOB ELEMENT 2**
   Follow instructions on Work Jackets and Department's O.K. Proofs.

**FULLY SUCCESSFUL STANDARD**
Follows jacket instructions, department req., spec. sheets, print orders, A.J.I.S. and memo. Verifies trim size, type of binding and punching, form numbers. Determine correct margins; to be fully satisfactory there can be no more than two Departmental Job Spoilage Reports from the Production Manager's Office over a 12-month period.

**[C] JOB ELEMENT 3**
   Size Copy-Art-Mechanical; rule forms, charts and graphs - determine all job formats precisely - inspect negs., prep manuscript copy - order type.

**FULLY SUCCESSFUL STANDARD**
Key in illustration to text, mount proofs, provide bleed, cropping, color breaks, tone overlays and registration controls. Determine whether job needs doc. lines, prices and other printing identifications. Preparing data sheets of all types as required. Inspect negatives for reprint quality standards. Order films, print, proofs, type of correct face fonts. Create or supply missing elements of art or copy. There should be no more than three instances of defective workmanship in a 12-month period.

SIGNATURES (NAME, TITLE, AND DATE)

SUPERVISOR _Craig A. Clagett_ 11/18/02
REVIEWER _Frederick G. Hall-Ferguson_ 11/22/02
EMPLOYEE _Charles Brown_ 11/22/02

Original-Employment Branch       Copy-Supervisor       Copy-Employee

**U.S. GOVERNMENT PRINTING OFFICE**
**EMPLOYEE PERFORMANCE PLAN**

Page 2 of 2

GPO Form 2969

| NAME | Payroll Number | DIVISION | SECTION | SHIFT |
|---|---|---|---|---|
| Brown, Charles B. | 10491 | E.P.D. | Digital Prepress Section<br>Copy Preparation Unit | 5530 |
| TITLE<br>OFFSET STRIPPER | PAY PLAN | GRADE<br>00 | | |

PLEASE READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM.

**[N] JOB ELEMENT 4**
   Make accurate records.

**FULLY SUCCESSFUL STANDARD**
Make accurate record of all work or movement of materials on section control cards. No more than three instances of records not properly done in a 12-month period.

**[N] JOB ELEMENT 5**
   Quality assurance work.

**FULLY SUCCESSFUL STANDARD**
Must be able to determine if copy or negatives received will meet standards or levels assigned. Knowledge in all phases of preparatory inspection.

**[ ] JOB ELEMENT 6**

**FULLY SUCCESSFUL STANDARD**

INITIAL AND DATE

SUPERVISOR  CSC 11/18/02   REVIEWER  [signature] 11/22/02   EMPLOYEE  CB 11-22-02