## Declaration of Dexter E. Hood

I, Dexter E. Hood, declare:

1. I am over the age of 18, and reside in Fredericksburg, Virginia, although I intend to relocate to Amarillo, Texas. I retired from my job at the U.S. Government Printing Office in 2005. All of the facts stated in this declaration are true, and within my personal knowledge. I am generally aware that Jack Hairsine has brought a lawsuit against the U.S. Government Printing Office. I am not a party to that lawsuit, was not a GPO employee or official involved in that lawsuit, and have no interest in that lawsuit.

2. From approximately the year 2000 until I retired from GPO, I worked as a trainer in the area of computers and scanning in the Digital Copy Prep Unit. I was a journey-person in that department.

3. I was involved in the computer and scanning training of Sarah Pitt, a journey-person in the Copy Prep Unit, before she was promoted to Head Deskperson in 2004. Ms. Pitt did not do well at acquiring the skills necessary to do the computer and electronic work in the Copy Prep Unit. To the extent that a Head Deskperson should be competent in the various skills that are used in the Copy Prep Unit, Ms. Pitt did not have that competency in the area of computers and scanning, and was not qualified for that position. On one occasion, I told Ms. Pitt that she could not have said truthfully, in her application for the Head Deskperson job, that she possessed the necessary computer and scanning skills.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on November 7, 2006, at Fredericksburg, Virginia.

Dexter E. Hood