# ORIGINAL

1

1       IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

3

4   JACK R. HAIRSINE,              )

5   an individual,                 )

6              Plaintiff,    ) Civil Action

7              vs.                  ) No. 05-1884 (RMC)

8   BRUCE JAMES, Public Printer )

    of the United States,          )

10            Defendant.     )

11            -     -     -     -     -

12        The deposition of **FLETCHER RUFFIN, SR.**

13   was taken on Wednesday, October 25, 2006,

14   commencing at 10:15 a.m., at the offices of

15   Karr & Allison, P.C., 1920 N Street, N.W.,

16   Suite 300, Washington, D.C., before

17   Josett F. Whalen, Registered Merit Reporter

18   and Notary Public.

19            -     -     -     -     -

20

21

22

```
 1              A P P E A R A N C E S

 2

 3   ON BEHALF OF THE PLAINTIFF:

 4           THEODORE S. ALLISON, ESQ.

 5           Karr & Allison, P.C.

 6           1920 N Street, N.W.

 7           Suite 300

 8           Washington, D.C.  20036

 9           (202) 331-7600

10           TSALLISON@KARRALLISON.COM

11

12   ON BEHALF OF THE DEFENDANT:

13           MARINA UTGOFF BRASWELL, ESQ.

14           United States Attorney's Office

15              for the District of Columbia

16           555 Fourth Street, N.W.

17           Washington, D.C.  20530

18           (202) 514-7226

19           Marina.Braswell@usdoj.gov

20

21

22
```

```
 1              A P P E A R A N C E S  (continued)

 2

 3    ON BEHALF OF THE DEFENDANT:

 4              THOMAS KELLY, ESQ.

 5              U.S. Government Printing Office

 6              Office of the General Counsel

 7              Washington, D.C.  20401

 8              (202) 512-0033

 9              TKELLY@GPO.GOV

10

11

12    ALSO PRESENT:

13              JACK R. HAIRSINE

14

15

16

17

18

19

20

21

22
```

```
1                P R O C E E D I N G S
2                 -    -    -    -    -
3     Whereupon --
4                  FLETCHER RUFFIN, SR.
5     a witness, called for examination, having been
6     first duly sworn, was examined and testified as
7     follows:
8                      EXAMINATION
9               BY MR. ALLISON:
10        Q.    Good morning, Mr. Ruffin.
11              Would you please state your full name.
12        A.    My name is Fletcher Ruffin, Sr.
13        Q.    My name is Theodore Allison, and we
14    just met a few minutes ago.
15              Have you ever met me before today?
16        A.    No.
17        Q.    And have you ever talked to me on the
18    phone or anything like that?
19        A.    No.
20        Q.    Okay.  We're here for your deposition
21    in the case of Jack Hairsine versus Bruce James,
22    and I'll be asking you some questions, and then
```

F. Ruffin, Sr.

1        Q.    Yes and no.

2              Did you ever apply for and receive

3        backpay for being an acting head deskperson?

4        A.    Yes.

5        Q.    Did you have to make a written

6        application to get backpay?

7        A.    Yes.

8        Q.    Who did you have to submit that

9        application to?

10       A.    Dannie Young.

11       Q.    Did you or did somebody to your

12       knowledge have to submit the application also to

13       human resources?

14       A.    Yes.

15       Q.    Okay.  Did Dannie Young have to, to

16       your knowledge, approve your application for

17       backpay?

18       A.    Yes.

19       Q.    Can you tell us, as best you can

20       recall, when you first applied for that

21     · backpay?

22       A.    Approximately a couple weeks after

F. Ruffin, Sr.

1    obtaining the position.

2        Q.    So would it be fair to say that it was

3    sometime in July of 2004, or could it have been

4    August?

5        A.    I would say sometime in July.

6        Q.    Okay.

7            MS. BRASWELL:  Excuse me.  Can I just

8    for point of clarification.

9            MR. ALLISON:  Yes.

10           MS. BRASWELL:  When he said "a couple

11   of weeks after obtaining the position," are we

12   talking about the acting head deskperson

13   position or the head deskperson position?

14           MR. ALLISON:  Oh.  Good point.

15           MS. BRASWELL:  If you don't mind, I

16   think it's kind of confusing.

17           MR. ALLISON:  No.  That -- I

18   appreciate a lot of things.  That's one of

19   them.

20           BY MR. ALLISON:

21       Q.    Okay.  So we're talking about

22   July 2004, and when you say a couple of weeks

F. Ruffin, Sr.

1    after you got the position --

2         A.    Head deskperson position.

3         Q.    After you got the official appointment

4    to head deskperson?

5         A.    Yes.

6         Q.    Okay.  Now, when you applied, at any

7    time before your application was granted and you

8    got the backpay, at any time did Dannie Young

9    indicate to you, either speaking or in writing,

10   that he was not going to approve your

11   application?

12        A.    No.

13        Q.    Did he ever write you a letter or a

14   memo saying he wasn't going to approve it?

15        A.    Yes.

16        Q.    When did he do that, as best you

17   recall?

18        A.    After I submitted the first

19   application.

20        Q.    Okay.  And the first application was

21   the one you submitted after you got the official

22   head desk position.

F. Ruffin, Sr.

1       A.    No.

2       Q.    No.   Okay.   All right.   Now I'm -- now

3    I have to back up because I don't think I

4    understood your answer.

5            Did you apply -- did you apply to get

6    backpay for being an acting head deskperson more

7    than once?

8       A.    Yes.

9       Q.    Okay.   How many times?   Do you recall?

10      A.    Two times.

11      Q.    Two times.

12           Okay.   When did you first apply for

13   backpay for that position?

14      A.    We determined approximately two weeks

15   after obtaining the head desk position.

16      Q.    Right.

17           And when did you next apply?

18      A.    I don't recall.

19      Q.    But sometime after?

20      A.    But it was thereafter.

21      Q.    Yes.

22           Okay.   Now, this is where I think that

F. Ruffin, Sr.

1    I probably didn't understand exactly what you

2    were saying.

3              After that first of two applications

4    for the backpay, did Dannie Young indicate in

5    writing that he was not going to approve your

6    application?

7        A.    Yes.

8        Q.    And after your second application, did

9    Dannie Young approve your application?

10             Did he approve your second application

11   for backpay?

12       A.    Yes.

13       Q.    Did you ultimately receive all the

14   backpay that you were claiming on --

15       A.    Yes.

16       Q.    Okay.  Do you remember when the

17   application was actually granted, in other

18   words, when the official decision was made by

19   the agency to give you the backpay?

20       A.    No.

21       Q.    Do you remember roughly how long after

22   you applied?

F. Ruffin, Sr.

1      A.    I would say a couple months.

2      Q.    So would it be fair to say that your

3  application was granted in around September or

4  October of 2004?

5      A.    Yes.

6      Q.    In 2004, did you have any knowledge of

7  Sarah Pitt being interested in applying for

8  backpay for an acting head deskperson job?

9      A.    No.

10     Q.    Did you ever hear from Sarah Pitt that

11  she was interested in applying for backpay for

12  being an acting head deskperson?

13     A.    No.

14     Q.    Over the years that you worked in copy

15  prep, did you do things that you would

16  characterize as providing on-the-job training to

17  other journeypersons?

18     A.    Yes.

19     Q.    Okay.  And let's keep this to the time

20  frame up to July of 2004 since that's sort of

21  the critical time that we're talking about in

22  this case.

F. Ruffin, Sr.

1          Up until July of 2004, did you provide

2     any kind of on-the-job training for

3     Mr. Hairsine?

4          A.    Yes.

5          Q.    Can you tell us what kinds of training

6     you provided to Mr. Hairsine over the years and

7     approximately when you did those things?

8          A.    I don't remember time frames, but we

9     trained the head desk position and we trained

10    scanning.

11         Q.    Now, when you say "we trained," was

12    someone else involved?

13         A.    Meaning together, him and I.

14         Q.    The two of you took training together.

15    Well, you worked -- let me ask the question.

16         A.    Okay.

17         Q.    Was anyone else involved in this

18    on-the-job training?

19         A.    No.

20         Q.    No.

21         A.    No.

22         Q.    Okay.  And at the time that you were

F. Ruffin, Sr.

1    assisting Mr. Hairsine with on-the-job training,

2    had you had experience as an acting head

3    deskperson at various times?

4        A.   Yes and no.

5        Q.   Okay.  Were there times when you and

6    Mr. Hairsine did on-the-job head deskperson

7    training where you had done the job as an acting

8    head deskperson?

9            In other words, were there times when

10   you had done the job as an acting head

11   deskperson for any period of time and then after

12   that you and Mr. Hairsine did some training on

13   the head desk?

14       A.   Yes.

15       Q.   Okay.  And were there also times when

16   you and Mr. Hairsine did some training on the

17   head desk before you had actually worked as an

18   acting head deskperson?

19       A.   Yes.

20       Q.   Did you and Mr. Hairsine do on-the-job

21   training for the head deskperson job on

22   different shifts other than just the second

F. Ruffin, Sr.

1    shift?

2        A.    No.

3        Q.    Okay.  So when you were involved in

4    Mr. Hairsine's on-the-job training for the head

5    desk job, that was on the second shift?

6        A.    Yes.

7        Q.    And do you remember there being times

8    when Mr. Hairsine volunteered to fill in as an

9    acting head deskperson on the second shift?

10       A.    Yes.

11       Q.    Can you give any estimate of how much

12   time you spent working with Mr. Hairsine on the

13   head desk job, you know, in the process of

14   on-the-job training?

15       A.    No.

16       Q.    If I were to offer suggestions like

17   would it have been more than two weeks, does

18   that help you to quantify it?

19       A.    Yes.

20       Q.    Okay.  So would it be more than two

21   weeks?

22       A.    Yes.

34

F. Ruffin, Sr.

1    Q.    Would it be more than a month?

2    A.    Yes.

3    Q.    Would it be more than two months?

4    A.    I don't know.

5    Q.    Okay.  So between a month and two

6    months.  We're getting into the area where you

7    can't quantify it more exactly?

8    A.    Yes.

9    Q.    Okay.  Now, in the process of working

10   with Mr. Hairsine on training on the head desk

11   job, did Mr. Hairsine demonstrate to you that he

12   was understanding how to do the job?

13   A.    Yes.

14   Q.    By the time you did your very last work

15   with him as an on-the-job trainee on the head

16   desk, did you feel as though he knew how to do

17   the job?

18   A.    Yes.

19   Q.    And would it be accurate to say that

20   was before 2004?

21   A.    Yes.

22   Q.    If I were to give you some suggestions

F. Ruffin, Sr.

1    one month?

2        A.    Correct.

3        Q.    So a little over three months is

4    actually what you got paid for?

5        A.    Correct.

6        Q.    Okay.  Great.

7            Okay.  But apart from that period of

8    continuous service in the acting head desk

9    position, you had some additional months that

10   you were actually doing it the most often of

11   anyone, let's say, on shift two?

12           In other words, some other people might

13   come in and act, but you were doing it a lot of

14   the time?

15       A.    Correct.

16       Q.    Okay.  This question is going to be --

17   I mean, a lot -- probably a lot more of a memory

18   question than probably some of the ones we've

19   asked up until now.

20           But up to July, up to and including

21   when you got the official job of head

22   deskperson, do you remember a time when

F. Ruffin, Sr.

1    Dannie Young came into the unit on the second

2    shift and was looking for Mr. Hairsine?

3           In other words, do you remember

4    Dannie Young coming in and asking about --

5       A.    No.

6       Q.    Do you remember Dannie Young coming in

7    and asking where Mr. Hairsine was or anything

8    like that?

9       A.    No.

10      Q.    During those times that you were the

11   acting head deskperson on shift two, would you

12   be one of the people who was responsible for

13   the attendance of the journeypersons in the

14   section, in other words, knowing who was on

15   shift and that they were there doing their

16   work?

17      A.    Yes.

18      Q.    Okay.  Did you ever have any problems

19   with Mr. Hairsine's presence or attendance when

20   you were being the acting head deskperson?

21      A.    No.

22      Q.    During the time that you've worked in

F. Ruffin, Sr.

1    digital copy prep and before that in copy prep,

2    do you feel as though you have worked with most

3    of the other people who work on your shift?

4        A.    Yes.

5        Q.    And have you -- would you say you've

6    probably worked with all of them?

7        A.    Yes.

8        Q.    And have you worked with people who

9    work on other shifts as well?

10       A.    Yes.

11       Q.    Do you know, through work, do you know

12   a number of people who work on shift one?

13       A.    Yes.

14       Q.    And also through work do you know a

15   number of people who work on shift three?

16       A.    Yes.

17       Q.    And over the years, have you talked to

18   all these people that you know about the kind of

19   work that's being done in the unit?

20       A.    Yes.

21       Q.    And in talking to people, do you talk

22   about other people in the unit and the kind of

43

F. Ruffin, Sr.

1    work that they do?

2              MS. BRASWELL:  Objection.  Vague.

3              You can answer.

4              BY MR. ALLISON:

5        Q.   In talking to your coworkers in the

6    copy prep unit, do you sometimes talk about

7    other people who work with you, who work in the

8    unit?

9        A.   I don't understand that question.

10       Q.   Okay.  Let me just give you an

11   example.

12             Would you ever, in the course of

13   working in copy prep, would you ever talk to

14   Mr. Hairsine about some other person or talk to

15   some other person about Mr. Hairsine?

16             I'm not asking if you gossip.  I'm

17   just saying, you know, for example, did

18   Mr. Hairsine get his work done or did he give

19   you -- did he give you a project that you

20   needed to work on.

21       A.   Is this from another supervisor or is

22   this from another journeyman?

F. Ruffin, Sr.

1    Q.    It's really just a question about

2    generally, in talking about work, does that

3    involve talking about other people who are doing

4    the work and the work that they do.

5            MS. BRASWELL:  Objection.  Confusing.

6            You can answer.

7            THE WITNESS:  I don't understand the

8    question.

9            BY MR. ALLISON:

10   Q.    All right.  Then I'll just try and get

11   straight into it.

12           In the course of talking with other

13   people who work in the unit, do you have any

14   basis to know what kind of reputation

15   Mr. Hairsine has for getting his work done and

16   doing it right?

17   A.    I haven't had any problems.

18   Q.    Okay.  While you've been working there,

19   have you heard that other journeypersons have

20   had problems with Mr. Hairsine's work?

21   A.    Well, we all have problems.

22   Q.    Okay.  All right.  So have you ever

F. Ruffin, Sr.

1    heard from other people in the unit that anyone

2    has any unusual or unusually bad problems?

3        A.    No.

4        Q.    No.

5        A.    No.

6        Q.    Okay.  Are you -- let me -- I don't

7    want to say "are you" because I want to talk

8    about 2004.

9              So if we can think about again our

10   July 2004 time frame.

11             Were you aware of Mr. Hairsine's

12   military background?

13       A.    Yes.

14       Q.    Are you aware of what branch of the

15   service he was in?

16       A.    Yes.

17       Q.    And can you tell us what that was?

18       A.    Marines.

19       Q.    Now, we'll get back to people you talk

20   with in the section.

21             Do other people in copy prep know that

22   Mr. Hairsine was in the Marines?

F. Ruffin, Sr.

1          MS. BRASWELL:  Objection.

2          You can answer.

3          BY MR. ALLISON:

4     Q.   You can answer.

5     A.   My best recollection is the discussion

6     has been about him being in the Marines.  Yes.

7     Q.   Okay.  Do you have any knowledge about

8     what Mr. Hairsine's rank was in the Marines?

9     A.   No.

10    Q.   If I were to ask you do you know

11    whether or not he was a sergeant in the Marines,

12    would you know that?

13    A.   No.

14    Q.   Do you know other people in the unit

15    either now or who were there who were in the

16    Marines?

17    A.   No.

18         I'll take that back.

19    Q.   Okay.  Anyone else?

20    A.   My best recollection that I --

21    Mr. Hall.

22    Q.   Mr. Hall, Fred Hall?

F. Ruffin, Sr.

1          Did you hear that from anyone?  Before
2     the appointment was announced.

3          A.   Can you rephrase that question?

4          Q.   Yeah.

5          Before Ms. Pitt was actually appointed
6     to the head desk job, did you hear from any
7     source that Mr. Hall wanted to recommend her as
8     the person to get that head desk position?

9          A.   Well, you know, there's talk in the
10    office.

11         Q.   Right.  That's what I mean.  That's
12    what I'm asking.

13         Was there talk in the office that --

14         A.   Well, there was talk in the office
15    about me.

16         Q.   All right.  Was there talk in the
17    office about you?

18         A.   Yes.

19         Q.   Okay.  Was there talk in the office
20    about Charles Brown getting the group chief job
21    on the third shift?

22         A.   Well, we only have a limited number of

F. Ruffin, Sr.

1    people that was available, so sure, there was

2    talk.

3        Q.    Okay.  According to the talk, as you

4    recall it, were there any other people who were

5    identified as being the people that Mr. Hall

6    might recommend for these jobs?

7        A.    Now, when you say "Mr. Hall," I'm

8    having a problem with that.

9        Q.    Okay.  Did you hear at any point prior

10   to these jobs being actually --

11       A.    Talk, yes, but I wouldn't say coming

12   from Mr. Hall.

13       Q.    Okay.  Not coming from Mr. Hall.

14       A.    I would say there's just talk that

15   certain people would get these positions.  As

16   far as it coming from Mr. Hall, I can't answer

17   that.

18       Q.    Okay.  Do you remember going to see

19   Mr. Hall with Mr. Hairsine to talk about the

20   positions that were going to be --

21       A.    Yes.

22       Q.    Okay.  Do you remember roughly when

F. Ruffin, Sr.

1    that was?

2         A.    Before the positions were filled.

3         Q.    Okay.  Was it before the announcements

4    came out, which was in very early June 2004?

5         A.    I think it was during when the

6    announcements -- I believe it was before the

7    announcements went out.

8         Q.    Do you remember anything that Mr. Hall

9    said during that time when you and Mr. Hairsine

10   went to see him?

11        A.    I think he made a recommendation.

12              I mean, we were talking to him about

13   where certain positions were going to be -- in

14   other words, we were talking about why he was

15   downgrading -- let me stop.  Hold up.

16        Q.    Sure.

17        A.    We were talking about the positions.

18   The 10 percenter positions and a group chief.

19        Q.    10 percent is like the head

20   deskperson?

21        A.    That was the head deskperson

22   positions.

F. Ruffin, Sr.

1         We were asking if there were going to

2    be group chief positions instead of 10 percenter

3    positions.

4         Q.    I see.

5               And do you recall what Mr. Hall said?

6         A.    I can't recall what he said, no.

7         Q.    During that conversation, did you

8    understand that Mr. Hall was involved in

9    determining what positions there were going to

10   be?

11              MS. BRASWELL:   Objection.   Foundation.

12              You can answer.

13              THE WITNESS:   Rephrase that.

14              BY MR. ALLISON:

15        Q.    Okay.   During that conversation,

16   leaving aside whether you recall the precise

17   words that were spoken, do you recall that

18   Mr. Hall appeared to be knowledgeable about --

19        A.    Yes.

20        Q.    -- what was happening?

21        A.    Sure.   Yes.

22        Q.    And did Mr. Hall give you the

F. Ruffin, Sr.

1     impression through his words that he was one of

2     the people who was actually involved in

3     determining --

4          A.     Yes.

5          Q.     -- which positions?

6          A.     Yes.

7          Q.     And did he give you the impression also

8     through his words that he would be one of the

9     people involved in making recommendations for

10    who was going to get those jobs?

11         A.     No.

12         Q.     Okay.  Did you understand that Mr. Hall

13    was working with Dannie Young for the purpose of

14    setting up those positions?

15         A.     Yes.

16         Q.     Before July 2004, did you have an

17    ongoing working relationship with

18    Charles Brown?

19         A.     Yes.

20         Q.     Did you have a working relationship

21    with Mr. Brown in which a part of it was

22    Mr. Brown asking you questions about the work

F. Ruffin, Sr.

1    of the unit?

2        A.    Yes.

3        Q.    Would Mr. Brown ask you a lot of

4    questions about the work of the unit?

5            MS. BRASWELL:  Objection.  Vague.

6            You can answer.

7            BY MR. ALLISON:

8        Q.    You can answer, and then we can talk

9    about how to quantify it I guess.  That would

10   be fair.

11       A.    I want to know what you consider a

12   lot.

13       Q.    Did you consider it a lot?

14            And then I'll ask you how much is "a

15   lot."

16       A.    Well, he asked normal questions.

17       Q.    Was there ever a time when he would

18   call you when you weren't at work and ask you

19   questions?

20       A.    There was times.

21       Q.    Just looking at times when he would

22   call you to ask you questions when you weren't

F. Ruffin, Sr.

1   there, roughly how often would that happen?

2        A.   Not that many times.

3        Q.   Okay.  Was it consistent during the

4   time that -- during the time that you and he

5   were working together?

6             Or did it occur periodically during the

7   time that you were --

8        A.   Periodically.

9        Q.   Around the time of July 2004, do you

10  remember what William Milans' job was?

11       A.   Assistant foreman.

12       Q.   For the copy prep unit?

13       A.   Yes.

14       Q.   Okay.  And at the time can you tell me

15  who any of the other supervisors were of the

16  copy prep unit?  Were there any other people in

17  supervisory jobs?

18       A.   That was it.

19       Q.   That was it.

20            Do you recall if Theresa Webb ever got

21  a supervisory job?

22       A.   She's in a different division.

F. Ruffin, Sr.

1      Q.    Was she ever in copy prep?

2      A.    No.

3      Q.    And at some point Fred Hall had been

4    the foreman of copy prep?

5      A.    Yes.

6      Q.    And do you recall when he stopped being

7    the foreman?

8      A.    No.

9      Q.    Was it before July 2004?

10     A.    Yes.

11     Q.    In July 2004, was Mr. Hall still in

12   copy prep at all?

13     A.    No.

14           **(Pause in the proceedings.)**

15           MR. ALLISON:   I think I'm going to take

16   a break and try and figure out if I can finish

17   up.

18           MS. BRASWELL:   Okay.

19           MR. ALLISON:   Fairly quickly.

20           **(Recess)**

21           BY MR. ALLISON:

22     Q.    And again, Mr. Ruffin, I'm sorry for

63

F. Ruffin, Sr.

1    the undue delay.

2        A.    That's okay.

3        Q.    At the time that the three jobs were

4    being posted in 2004, you know, June through

5    early July 2004, did you talk with Sarah Pitt

6    about applying, the process for applying for

7    those jobs?

8        A.    Yes.

9        Q.    Did Sarah Pitt ask for any assistance

10   from you in doing her application for the jobs?

11       A.    No.  She did her own.

12       Q.    She did her own.  Okay.

13             Did she ask to see your application?

14       A.    No.

15       Q.    Did she talk to you at all about any of

16   the things that she would say in her

17   application?

18       A.    No.

19       Q.    Did she ask you anything about how to

20   describe certain kinds of duties or certain

21   kinds of experience?

22       A.    No.

F. Ruffin, Sr.

1        Q.    Specifically, did she ask you about how

2    to describe scanning experience in her

3    application?

4        A.    No.

5        Q.    Did she ask you anything about scanning

6    in relation to her application?

7        A.    She asked me about scanning but not

8    related to her application.

9        Q.    So she asked you about scanning in this

10   time frame where these jobs had been posted?

11       A.    Yes.

12       Q.    Okay.  Can you recall your conversation

13   with her?  Any part of it?

14       A.    Whatever it was was general.

15       Q.    It was general.

16             Well, can you recall anything that she

17   asked you?

18       A.    No.

19       Q.    Can you recall if, although you don't

20   remember her precise words, if what she was

21   asking you was to explain any of the basics of

22   scanning to her?

F. Ruffin, Sr.

1    A.    Possibility.

2    Q.    And your memory is just not completely

3    clear on it right now?

4    A.    No.

5    Q.    Okay.  Can you think of anything that

6    you could refer to that would help you to

7    recall what she asked you and what you told

8    her?

9    A.    No.

10    Q.    Based on what you observed and the

11    things that people said in the copy prep unit,

12    do you know whether or not Fred Hall helped

13    Sarah Pitt to be able to fill in on the

14    head desk in any way?

15          In other words, did he make it possible

16    for her to do that?

17    A.    She was there before I was.

18    Q.    She was where before you were?

19    A.    She was filling in before me.

20    Q.    I see.

21          Okay.  So you don't recall -- okay.

22          But you were in the unit, though --

F. Ruffin, Sr.

1          Do you recall having more than one

2     conversation with Mr. Boddie about

3     Mr. Hairsine?

4          A.   Yes.

5          Q.   Do you recall having a conversation

6     with Mr. Boddie that related to Mr. Hairsine

7     not getting one of the head deskperson jobs or

8     the earlier --

9          A.   Yes.

10         Q.   -- group chief job?

11         A.   Yes.

12         Q.   Okay.  And did Mr. Boddie tell you

13    anything in that conversation about

14    Mr. Hairsine?

15         A.   He was disappointed.

16         Q.   He said he was disappointed about

17    what?

18         A.   Is this after the positions were out

19    or before?

20         Q.   After they were filled.

21         After the positions were filled, did

22    Mr. Boddie tell you that he was disappointed

73

F. Ruffin, Sr.

1    about something?

2         A.    Yes.

3         Q.    What was he disappointed about?

4         A.    That he didn't get the position.

5              MS. BRASWELL:  Who's the "he"?

6              THE WITNESS:  Mr. Hairsine.

7              BY MR. ALLISON:

8         Q.    That Mr. Hairsine didn't get the

9    position.  Okay.

10             **(Pause in the proceedings.)**

11             Now, earlier I asked you about training

12   with Mr. Hairsine on the head desk.

13             Did you also do any training with

14   Mr. Hairsine for the duties of group chief?

15             Prior to these positions being filled.

16             In other words, these positions involve

17   two head desk jobs and a group chief job, and my

18   question is:  In addition to any head desk

19   training, do you recall training with

20   Mr. Hairsine on any of the duties of group

21   chief?

22        A.    The positions are similar.