

U.S. GOVERNMENT
PRINTING OFFICE
KEEPING AMERICA INFORMED
WASHINGTON, DC 20401

# Memorandum

DATE: December 16, 2004

REPLY TO
ATTN OF: Juanita M. Flores, Chief Counseling and Complaints Processing Division

SUBJECT: Documents Request

TO: Sharon Rice

Please use the attached Office of Personnel Management Form 181 to assist in identifying the race codes.

GPO Form 731A
(R 2-04)

Tab F-20
Page ___ of ___ Pages

Standard Form 181 (Rev. 5-82)
U.S. Office of Personnel Management
Supplement 298-1

# RACE AND NATIONAL ORIGIN IDENTIFICATION

*(Please read the instructions and Privacy Act Statement before completing form)*

| Agency Use Only | Name (Last, First, Middle Initial) | Social Security Number | Birthdate (Month & Year) |
|---|---|---|---|
| | |    —   —    | |

## Privacy Act Statement

You are requested to furnish this information under the authority of 42 U.S.C. § 2000e-16, which requires that Federal employment practices be free from discrimination and provide equal employment opportunities for all. Solicitation of this information is in accordance with Department of Commerce Directive 15, "Race and Ethnic Standards for Federal Statistics and Administrative Reporting."

This information will be used in planning and monitoring equal employment opportunity programs and to identify employees for inclusion in skill banks and referral pools.

Your furnishing this information is voluntary. Your failure to do so will have no effect on you or on your Federal employment. If you fail to provide the information, however, then the employing agency will attempt to identify your race and national origin by visual perception.

You are requested to furnish your Social Security Number (SSN) under the authority of Executive Order 9397 (November 22, 1943). That Order requires agencies to use the SSN for the sake of economy and orderly administration in the maintenance of personnel records. Because your personnel records are identified by your SSN, your SSN is being requested on this form so that the other information you furnish on this form can be accurately included with your records. Your SSN will be used solely for that purpose. Your furnishing of your SSN is voluntary and failure to furnish it will have no effect on you; failure to provide it, however, may result in it being obtained from other agency sources

---

**Specific Instructions:** The categories below are designed to identify your basic racial and national origin category. If you are of mixed racial and/or national origin, identify yourself by the category with which you most closely identify yourself. Place an "X" in the box next to the appropriate category. NOTE: Mark **only ONE** box.

| NAME OF CATEGORY (Mark **ONE** only) | DEFINITION OF CATEGORY |
|---|---|
| | **Categories for Use in All Jurisdictions Except Hawaii\* and Puerto Rico** |
| A ☐ American Indian or Alaskan Native | A person having origins in any of the original peoples of North America, and who maintains cultural identification through community recognition or tribal affiliation. |
| B ☐ Asian or Pacific Islander | A person having origins in any of the original peoples of the Far East, Southeast Asia, the Indian subcontinent, or the Pacific Islands. This area includes, for example, China, India, Japan, Korea, the Philippine Islands, and Samoa. |
| C ☐ Black, not of Hispanic origin | A person having origins in any of the black racial groups of Africa. Does not include persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish cultures or origins (see Hispanic). |
| D ☐ Hispanic | A person of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish cultures or origins. Does not include persons of Portuguese culture or origin. |
| E ☐ White, not of Hispanic origin | A person having origins in any of the original peoples of Europe, North Africa, or the Middle East. Does not include persons of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish cultures or origins (see Hispanic). Also includes persons not included in other categories. |
| | **Categories for Use in Puerto Rico** |
| D ☐ Hispanic | A person of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish cultures or origins whose official duty station is in Puerto Rico. Does not include persons of Portuguese culture or origin. |
| Y ☐ Not Hispanic in Puerto Rico | A person not of Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish cultures or origins whose official duty station is in Puerto Rico. |

*Handwritten annotation: F - 20  Tab 2 of 4 Pages*

---

\*Reproduce OPM Form 1468 from FPM Supp. 298-1 for data collection in Hawaii.

181-102

NSN 7540-01-099-3446
Previous edition usable
\*U.S. Government Printing Office: 1991 — 281-782/40105

## November 1, 2002 through October 31, 2004

**Promotions**

RACE & NATIONAL
ORIGIN IDENTIFICATION **Section**

| | | |
|---|---|---|
| Jacqulyn Middleton | C | Video Keyboard |
| Terrence Collins | E | Proof and Copy Markup |
| George Bowman | E | Copy Preparation |
| Roscoe Borders | E | Video Keyboard |
| Kelly Windsor | E | Video Keyboard |
| Bruce Grewe | E | Video Keyboard |
| Sylvan Curtis | C | Video Keyboard |
| Makeda McBride | C | Copy Preparation |
| Kenneth Puzey | E | Proof and Copy Markup |
| George Clark | E | Copy Preparation |
| Michael Maher | E | Text Processing Computer |
| William Antkowiak | E | Proof and Copy Markup |
| Herman Halmon | C | Phototypesetting and Processing |
| Lori Jones | C | Phototypesetting and Processing |
| Angela Jones | C | Phototypesetting and Processing |
| Larry Trapp | C | Phototypesetting and Processing |
| Mayfield Irick | C | Phototypesetting and Processing |
| Frank McQueen | C | Phototypesetting and Processing |
| 'aurice Robinson | C | Phototypesetting and Processing |
| ʋnnell Robinson | C | Phototypesetting and Processing |
| David Camp | E | Post Script Service |
| Melvin Newton | C | Phototypesetting and Processing |
| Michael Emery | E | Office of the Superintendent |
| David McKenzie | E | Post Script Service |
| Leon Speller | C | Phototypesetting and Processing |
| Milton Conely | E | Plate Unit |
| Myra Taylor | C | Proof and Copy Markup |
| Gordon Findely | C | Phototypesetting and Processing |
| Fletcher Ruffin, Sr. | C | Copy Preparation Unit |
| Sarah Pitt | C | Copy Preparation Unit |
| Charles Brown | C | Copy Preparation Unit |
| Bryant Lehman | E | Proof and Copy Markup |
| Crystal Cotton | C | Text Processing Computer |

**Outside Hires**

| | | |
|---|---|---|
| Jayne Copley | E | Proof and Copy Markup |
| George Jones | E | Proof and Copy Markup |
| Carolyn Barnett Mitchell | C | Proof and Copy Markup |
| David Sherman | E | Proof and Copy Markup |
| Gordon Whitlow | E | Proof and Copy Markup |
| Raymond Wilhide | E | Proof and Copy Markup |

Tab F · 20

Page 3 of 4 Pages

p. 1/.

Cheryl Alcorn  E             Proof and Copy Markup
   n Barker  E               Proof and Copy Markup
   ter Binns  E              Proof and Copy Markup
Timothy Danowski  E          Proof and Copy Markup
Linda Fairlie  E             Proof and Copy Markup
Tony Gilbert  E              Proof and Copy Markup
Daniel Leisher  E            Proof and Copy Markup
Paul Maiorana  E             Proof and Copy Markup
Gerald Phillip  E            Proof and Copy Markup
Gabriele Vitielliss  E       Proof and Copy Markup
Horace Harris  C             Phototypesetting and Processing
Derick Shannon  C            Phototypesetting and Processing
Jerome Thompson  C           Phototypesetting and Processing
Joseph Warren  C             Phototypesetting and Processing

## Temporary Employees

Richard Anderson  E          Video Keyboard
Vanessa Byers  C             Video Keyboard
Rowena Dagang  B             Video Keyboard
Diann Davis  E               Video Keyboard
Geraldine Grey  E            Proof and Copy Markup
Karen Hammond  E             Video Keyboard
Marianna Mauck  E            Video Keyboard
   nthony Murawski  E        Video Keyboard
   .even Sewell  C           Proof and Copy Markup
Majorie Stockstill  E        Video Keyboard
Kimberly Ross  C             Video Keyboard
Brenda Thompson  C           Video Keyboard
D'arcy Willey  E             Video Keyboard

## Apprentices

Michele Harris  C            Proof and Copy Markup
Brian Martin Hayes  E        Proof and Copy Markup
Vickey Smith  E              Proof and Copy Markup
Jay Stuart  C                Proof and Copy Markup

Michael Colbert  C           Video Keyboard
Carolyn Harley  C            Video Keyboard
Shirley Lewis                Video Keyboard
Theresa Washington  C        Video Keyboard

Tab F - 20
Page 4 of 4 Pages

p. 4/.