## COMPLAINANT'S AFFIDAVIT

I, **JACK HAIRSINE**,

am an __X__ employee of ___ applicant to ___ former employee of the U.S. Government Printing Office:

(Agency) U.S. Government Printing Office

(Office) Production Department

(Division) Electronic Printing Division

(Branch) Pre-Press

Located in (CITY AND STATE) Washington, DC

In the capacity of (show both your organization title and the classification of your job, if different): Offset Stripper

Grade  Negotiated wage $33.40 per hour (includes night differential) .

Telephone number during working hours is: 202-512-0618.

I HAVE BEEN ADVISED OF THE FOLLOWING:

    I am required by Federal regulations and Government Printing Office policy to cooperate fully and promptly with the investigator who has been assigned to conduct a thorough and impartial investigation into a complaint of discrimination against the Government Printing Office. I must provide a statement for the investigative report which is true and complete to the best of my knowledge and which discloses all of my firsthand knowledge having a bearing on the merits of the complaint. My statement is provided under oath (or affirmation), without a pledge of confidentiality, in accordance with Equal Employment Opportunity Commission rules and regulations and Government Printing Office policy. This means that any employee(s) whom I accuse of discrimination or other acts of impropriety may be shown relevant portions of my affidavit and be provided an opportunity to respond for the record. In addition, the complainant and the appropriate Departmental officials involved in the EEO complaint process will receive the entire investigative file. I have the right to review my statement prior to signing it and may make initialized corrections if it is incomplete or inaccurate. I have the right to receive a copy of the signed statement.

(Initials)

Having been advised of the above information about my role as a witness in the investigative process, I solemnly swear the statement which follows is true and complete to the best of my knowledge and belief, and addresses the issues and concerns raised with me by the investigator.

I am a White male and I am currently employed at the U.S. Government Printing Office (GPO) in the Electronic Printing Division (EPD), Pre-Press Section as an Offset Stripper in Washington, D.C. I have held this position for 21 years. I have been employed with GPO for twenty seven years and one month.

My duties at the time I applied for the three positions are set forth in the are fully summarized in my position description, but basically consist of preparing copy for correction or input by other sections (collating, correcting, organizing, mark-up, scanning), on many publications including the Congressional Record, Federal Register, other Congressional documents, White House and other agency documents; I fill in at the head desk when needed.

My first line supervisor at the time I applied for the three positions at issue was Bill Milens. My second line supervisor at that time was Theresa Webb.

On or about June 2004, I applied for the following positions: Head Deskperson, KA-4413-00, under vacancy announcement numbers: 04-161 and 04-162; Group Chief, KA-4413-00, under vacancy announcement number 04-163. Fred Hall was the Selecting Official for all three positions. To my knowledge, Dannie Young, Assistant Production Manager was also Mr. Hall's supervisor. I believe that Mr. Young asked Mr. Hall to write the vacancy announcement for the three openings in the Production Department.

About a month before the positions were advertised, I had heard rumors that vacancy announcements were about to come out for the open positions. I went with my union representative to speak to Mr. Young about the openings. I also knew through rumors spread throughout the office the names of the three people that were slated to be selected. I approached the Superintendent of Production, Robert Schwenck, before the announcements came out that I wanted the process of selection to be fair because Mr. Hall has a past practice of not being fair. Mr. Schwenck told me to talk to Mike Emery, Assistant to the Assistant Superintendent of Production. I went to Mr. Emery's office and told him Mr. Schwenck sent me. Mr. Emery told me that when the announcements come out for me to get back to him. I also told him the names of the three people that were going to be selected for the positions.

(Initials)

Some time after the selections were made, I had a conversation with Mr. Emery. He confirmed the selectees and said I was right. Since Mr. Emery was reassigned, he was not in a position to do anything since the jobs were filled.

I applied for all three positions mentioned above. I believe I am the best qualified candidate out of Ms. Pitt and Mr. Brown for the Group Chief and Head Deskperson positions. As far as my qualifications for positions of Deskperson and Group Chief, I worked all three shifts and filled in for supervisors when they were out. For four years, I worked the night shift and for 10 years I worked the dayshift. In addition, I participated in the four year journeymen apprenticeship program from 1972 until 1976. I recently took computer courses in order to obtain skills in the operating system, Windows 2000. In 1979 and 1980, I received an award for Outstanding Performance. My last four performance appraisals have been rated Outstanding.

The selectees for the three positions are: Charlie Brown, Group Chief, Second Shift; Sara Pitt, Head Deskperson; Fletcher Ruffin, Head Deskperson. The race of the selectees is Black. Mr. Brown has thirty four years of experience with GPO; Ms. Pitt has about thirty two years of experience with GPO; and Mr. Ruffin has about 34 or 35 years of experience with GPO. I was working in the Production Department for about four months before the above mentioned employees came on board.

Fred Hall began to serve as a supervisor in 1995. About four years ago, I noticed a pattern that Blacks are routinely being selected over White employees for promotions. I believe that Ms. Pitts and Mr. Hall were very friendly and Mr. Hall went out of his way to talk to her.

I was not interviewed for any of the positions I applied for. I did receive letters from GPO informing me that I was qualified for the positions but I did not receive any notification that selections were made. I am not sure if any interviews were conducted for any of the above positions.

Some time in late August 2004 or early September 2004, I went to Mr. Jeffrey Bernazelli, Production Manager, and asked him why I was not selected. Mr. Bernazelli said that he only signs off on whatever Dannie Young recommends and he takes Mr. Young's word as far as the selection that is made.

*(Initials)*

I approached Mr. Young and asked him the same question. He said that he was not the selecting official and that Mr. Hall was. I then told Mr. Young that I did not believe the selection process was fair and that I am filing a complaint.

I then saw Mr. Hall in the hallway. I asked him why I was not selected for any of the positions. Mr. Hall replied that he heard that I did not want to do scanning. I told Mr. Hall that Ms. Pitt is the one that did not want to do scanning. I also told him that I did scanning on the weekend. Mr. Hall replied that he did not know I was doing this. Mr. Young saw us talking and came running down the hall warning Mr. Hall not to talk to me because I was filing a complaint.

Since 1995, I have observed that other qualified White and non-Black employees have applied for positions and were not selected. Mr. Hall was usually the Selecting Official for the positions.

On or about September 2004, I attended a Mediation session. The mediators were two people from outside the agency, but I do not recall their names. I wanted to resolve the matter at this stage. Mr. Hall was sent by Mr. Young to attend the mediation because he (Hall) was the selecting official. Mr. Young and Mr. Schwenck were supposed to be available to be contacted when a remedy was being discussed. Neither of them was available, and nothing was accomplished, even though Mr. Young knew a decision had to be made. I provided GPO with my case without the benefit of management providing a response. The Chief of Staff and the Public Printer both apologized to me. I believe that the mediation was a fact finding mission to gather facts of my case. Mr. Potter and I agreed that further sessions would be fruitless.

Mr. Hall and I remained friends until his retirement. I believe we are still friends.

The relief I am seeking is back pay as Group Chief from 1997 until the present; compensation at the pay scale of a Group Chief until the next position is posted or when I am selected for another position; attorney's fees; and general damages – no specific amount has been determined at this point. I have not been treated for any mental distress as a result of being subjected to discrimination.

I only have one more year before I am eligible to retire. I have become discouraged with the prospect of applying for other positions in which Mr. Hall

(Initials)

and Mr. Young are the selecting officials.

I have reviewed this statement, which consists of these five (5) pages, and hereby solemnly affirm that it is true and complete to the best of my knowledge and belief. I understand that the information I have given will not be held confidential and may be shown to the interested parties as well as made a permanent part of the record of investigation.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 9, 2004, at Washington, District of Columbia.

_____
Signature of Affiant

---

\* Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:
  (1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date).
  (Signature)
  (2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date).
  (Signature) [Added Oct. 18, 1976, Pub.L. 94-550, § 1(a), 90 Stat. 2534.]