## Declaration of Jack R. Hairsine

I, Jack R. Hairsine, declare:

1. I am over eighteen years of age, and the plaintiff in this action. All of the matters stated in this declaration are true and within my personal knowledge.

2. Mr. Young has testified that he did not consult Mr. Milans because the Mr. Milans was out of the office, on vacation, at the time of the selections. From June 16, 2004, when the position announcements closed, through July 2, 2004, when the selections were finally made, Mr. Milans was mostly in the office. I checked the attendance records to confirm this. The record for June 17, 2004 (copy attached), for example, shows that he was there and that he signed the record as foreperson. During the entire two week period, Mr. Milans was out sick for a few hours, late to work one day, and took one hour of annual leave. Otherwise, he was on duty.

3. I was asked in my deposition if I was on any shift other than second shift since 1994. I was always assigned to second shift during that time, as I testified, but when Congress was out of session, many people on second and third shifts, including me, were sent to work on first shift in order to save money. At other times, I worked overtime, which required me to work on first and third shifts. I had a great deal of experience with the work on first shift during the ten years before the selections, and the work on third shift was substantially the same as on my regular shift.

4. I was a sergeant (class E-5) in the Marine Corps. 1968-1970, and I was in charge of a platoon of up to 48 men, in combat and training operations, during that time. I was the biological and chemical warfare representative for my platoon. I was an instructor on the rifle range for troops going overseas, and for reservists, for

approximately the last six months of my enlistment. I talked about these experiences with Fred Hall on a number of occasions.

   5. Prior to the posting of the three positions in this case, I heard from Nancy Wittington, Dannie Young's secretary, and from others, that Charles Brown, Sara Pitt and Fletcher Ruffin were most likely going to get the positions.

   6. From 1997 to the present, Mr. Hall as foreperson had recommended only African American employees for promotions, four in addition to the three successful applicants in this case. They were Moe Ford, Leon Wade, Jesse King, Earnest Mahoney.

   7. From July, 2004 to the present, I have earned approximately ten percent less than I would have if I had been promoted to one of the head deskperson positions or the group chief position.

   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Washington, D.C., on January 31, 2007.

*Jack R. Hairsine* (signature)

Jack R. Hairsine

# Daily Time and Attendance

Payroll Code -- **5510 copy prep**   Date **6/17/04**   Page 1

| Employee Name | Employee Number | Operation 600 ||||  Overtime Hours  |||| Details |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | cl | hrs | sym | ✓ | pay | comp | ✓ | to dds | from dds | start time | hrs | ✓ |
| Clark, G. | 15986 | 10 | 8 | S | | | | | | | | | |
| Coffman, K. | 16805 | 01 | 8 | A | | | | | | | | | |
| Hood, D. | 44560 | 01 | 8 | A | | | | | | | | | |
| Jessup, S. | 47707 | | | | | | | | | | | | |
| Macon, R. | 60497 | | | | | | | | 43 | 115 | | | |
| McBride, M | 58145 | | | | | | | | | | | | |
| McLaughlin, A. | 59823 | | | | | | | | | | | | |
| Milans, W. | 63370 | | | | | | | | | | | | |
| Pitt, S. | 73641 | | | | | | | | | | | | |
| Teletchea, W. | 89696 | | | | | | | | | | | | |
| Trueheart, P. | 92034 | | | | | | | | | | | | |

*Electronic Entries not made — Please make entries*

*William James Milan*