UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACK R. HAIRSINE,                    )
                                     )
          Plaintiff,                 )
                                     )
          v.                         )    Civil Action No. 05-1884 (RMC)
                                     )
BRUCE R. JAMES, PUBLIC PRINTER)
OF THE UNITED STATES                 )
GOVERNMENT PRINTING OFFICE    )
                                     )
          Defendant.                 )
─────────────────────────── )

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests an extension of time, to and including March 7, 2007, in which to file defendant's reply to plaintiff's opposition to defendant's dispositive motion. Defense counsel is currently in the middle of a two week trial that may last to March 2, 2007. She has been unable to work on defendant's reply in this case, due to the need to prepare multiple witnesses for this trial. This involved trips out of town to talk with witnesses who no longer work for the federal government. Additionally, there were numerous pretrial filings to address in connection with this trial. Accordingly, the additional time sought is to enable defense counsel to complete defendant's reply upon completion of her trial.

Plaintiff has graciously consented to this motion.

For the foregoing reasons, defendant respectfully requests

that this unopposed motion for an enlargement of time be granted.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACK R. HAIRSINE,                    )
                                     )
          Plaintiff,                 )
                                     )
          v.                         )    Civil Action No. 05-1884 (RMC)
                                     )
BRUCE R. JAMES, PUBLIC PRINTER)
OF THE UNITED STATES                 )
GOVERNMENT PRINTING OFFICE    )
                                     )
          Defendant.                 )
_____ )

ORDER

Upon consideration of Defendant's Unopposed Motion for an
Enlargement of Time, and of the entire record, and it appearing
to the Court that the granting of defendant's unopposed motion,
pursuant to Rule 6(b) of the Federal Rules of Civil Procedure,
would be just and proper, it is by the Court this_____day of
_____, 2007

ORDERED that Defendant's Unopposed Motion For an Enlargement
of Time be, and it is, granted, and it is further

ORDERED that the briefing in this case shall be revised as
follows:

(1) replies to oppositions to dispositive motions due by
March 7, 2007.

_____
UNITED STATES DISTRICT JUDGE

Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

Theodore S. Allison
Karr & Allison, P.C.
1920 N Street, N.W., Suite 300
Washington, D.C. 20036