```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


JACK R. HAIRSINE,                )
                                 )
        Plaintiff,               )
                                 )
        v.                       )  Civil Action No. 05-1884 (RMC)
                                 )
BRUCE R. JAMES, PUBLIC PRINTER   )
OF THE UNITED STATES             )
GOVERNMENT PRINTING OFFICE       )
                                 )
        Defendant.               )
                                 )
```

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests a further extension of time, to and including March 13, 2007, in which to file defendant's reply to plaintiff's opposition to defendant's dispositive motion. Defense counsel just completed a two-week trial that ended March 2, 2007. She then had to depose a plaintiff on March 6th and prepare for a moot court on March 7th for a Court of Appeals' argument to be held on March 12th. She also has mandatory Civil Division training March 8-9. In light of this schedule, defense counsel has been unable to complete defendant's reply in this case. Accordingly, the additional time sought is to enable defense counsel to complete defendant's reply in a thorough manner.

Plaintiff has graciously consented to this motion.

For the foregoing reasons, defendant respectfully requests

that this unopposed motion for an enlargement of time be granted.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

- 2 -

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


JACK R. HAIRSINE,              )
                               )
        Plaintiff,             )
                               )
        v.                     )   Civil Action No. 05-1884 (RMC)
                               )
BRUCE R. JAMES, PUBLIC PRINTER )
OF THE UNITED STATES           )
GOVERNMENT PRINTING OFFICE     )
                               )
        Defendant.             )
                               )
```

ORDER

Upon consideration of Defendant's Unopposed Motion for an Enlargement of Time, and of the entire record, and it appearing to the Court that the granting of defendant's unopposed motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this_____day of _____, 2007

ORDERED that Defendant's Unopposed Motion For an Enlargement of Time be, and it is, granted, and it is further

ORDERED that the briefing in this case shall be revised as follows:

(1) replies to oppositions to dispositive motions due by March 13, 2007.

_____
UNITED STATES DISTRICT JUDGE

Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

Theodore S. Allison
Karr & Allison, P.C.
1920 N Street, N.W., Suite 300
Washington, D.C. 20036