UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JACK R. HAIRSINE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1884 (RMC) |
| ) | |
| **BRUCE R. JAMES** ) | |
| Public Printer of the U.S. Printing Office, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 16) is **GRANTED** and judgment is entered in favor of Defendant. Accordingly, this case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.


DATE: June 19, 2007                                 /s/
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge