### United States District Court for the District of Columbia

| | |
|---|---|
| Jack R. Hairsine, an individual, )<br>                                      )<br>     Plaintiff,              )<br>                                      )<br>        v.                    )<br>                                      )<br>William H. Turri, Acting Public Printer of  )<br>  the United States (United States       )<br>  Government Printing Office)         )<br>                                      )<br>     Defendant.           ) | Civil Action No. 05-1884 (RMC) |

### NOTICE OF APPEAL

    Notice is hereby given that JACK R. HAIRSINE, Plaintiff in the above captioned case, by his attorney of record undersigned, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit, from the order and judgment in the above-entitled action dated June 19, 2007 granting defendant's motion for summary judgment, and including any and all rulings and decisions of the District Court which may be included or merged in such order and judgment.

                                                              Respectfully submitted,
                                                              Karr & Allison, P.C.

                                                              /s/ Theodore S. Allison
                                                     Theodore S. Allison (D.C. Bar #441089)
                                                     1300 19th Street, N.W., Suite 402
                                                     Washington, D.C.  20036
                                                     Telephone: (202) 331-7600
                                                     Attorneys for plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2007, true copies of the foregoing notice were placed in the United States mail, first class postage prepaid, and addressed as follows:

Marina Utgoff Braswell, Esq.
Assistant United States Attorney
555 4th Street, N.W.—Civil Division
Washington, D.C.  20530

and served by electronic means.

                                                         /s/ Theodore S. Allison
                                                         Theodore S. Allison